**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number *(if known)* _____   Chapter    11

☐ Check if this an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Sound Medical Supply Partners, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Sound Medical<br>DBA  Sound Medical Supply | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-4099322 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1930 Oleander Drive<br>Wilmington, NC 28403 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New Hanover | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Sound Medical Supply Partners, LLC _____     Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor   Sound Medical Supply Partners, LLC                                    Case number (*if known*) _____
         _____
         Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Sound Medical Supply Partners, LLC
         Name
                                                        Case number (*if known*) _____

| | |
| --- | --- |
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 13, 2017
              MM / DD / YYYY

**X** /s/ D. Read Patterson, II                        D. Read Patterson, II
Signature of authorized representative of debtor        Printed name

Title   CEO and Managing Member

**18. Signature of attorney**

**X** /s/ Trawick H. Stubbs, Jr.                        Date   January 13, 2017
Signature of attorney for debtor                               MM / DD / YYYY

Trawick H. Stubbs, Jr.
Printed name

Stubbs & Perdue, P.A.
Firm name

PO Box 1654
New Bern, NC 28563
Number, Street, City, State & ZIP Code

Contact phone   252-633-2700          Email address _____

4221
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Sound Medical Supply Partners, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 13, 2017       **X** /s/ D. Read Patterson, II
                                     Signature of individual signing on behalf of debtor

                                     D. Read Patterson, II
                                     Printed name

                                     CEO and Managing Member
                                     Position or relationship to debtor

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sound Medical Supply Partners, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capacity Funding, LLC Attn:  Manager or Agent 7 Renaissance Sq., 5th Fl. White Plains, NY 10601 | | Merchant cash advance-blanket lien | | $385,055.21 | $0.00 | $385,055.21 |
| Platinum Rapid Funding Group, Ltd. Attn:  Manager or Agent 348 RXR Plaza Uniondale, NY 11556 | abartone@platinumrfg.com | Blanket lien | | $341,942.76 | $0.00 | $341,942.76 |
| NDC, Inc. Attn:  Manager or Agent 407 New Sanford Road La Vergne, TN 37086 | | | | | | $312,940.55 |
| Kings Cash Group Attn:  Manager or Agent 30 Broad Street, 12th Floor New York, NY 10001 | ingo@kingscashgroup.com | Blanket lien | | $154,564.00 | $0.00 | $154,564.00 |
| Summit Financial Resources, LP Attn:  Manager or Agent 2455 E. Parleys Way Ste 200 Salt Lake City, UT 84109 | | Blanket lien (Inventory, A/R, Equipment) | | $690,561.00 | $543,028.74 | $147,532.26 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Sound Medical Supply Partners, LLC                          Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Merchant Funding Svcs., LLC Attn: Manager or Agent One Evertrust Plaza, Ste 1401 Jersey City, NJ 07302 | | Blanket lien | | $126,549.00 | $0.00 | $126,549.00 |
| American Express Attn:  Manager or Agent P.O. Box 981540 El Paso, TX 79998-1540 | | | | | | $65,000.00 |
| N.C. Dept. of Revenue ATTN: Officer Office Svcs Div, Bankruptcy Un P. O. Box 1168 Raleigh, NC 27602-1168 | | NC Sales Tax | | | | $62,113.87 |
| Insource Attn:  Manager or Agent Box 382023 Pittsburgh, PA 15250-2028 | | | | | | $34,082.70 |
| Federal Express Corporation Attn:  Manager or Agent P.O. Box 223125 Pittsburgh, PA 15251 | | | | | | $32,396.62 |
| Medworld Supply, Inc. Attn:  Manager or Agent 168 10th Street Brooklyn, NY 11215 | | | | | | $31,136.37 |
| Henry Schein, Inc. c/b/a InSource Attn:  Manager or Agent Dept CH 10560 Palatine, IL 60055 | | Inventory | | | | $28,952.42 |
| BMW Bank of North America Attn:  Manager or Agent P.O. Box 78066 Phoenix, AZ 85062-8066 | | 2013 BMW, VIN 53186 | | $57,152.22 | $29,100.00 | $28,052.22 |

| Debtor | Sound Medical Supply Partners, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ally Financial Attn: Managing Agent P. O. Box 380901 Bloomington, MN 55438 | | 2015 Nissan Delivery Van, VIN 33150 | | $24,658.43 | $15,400.00 | $24,658.43 |
| US Diagnostics Attn:  Manager or Agent P.O. Box 5531 Carol Stream, IL 60197-5531 | | | | | | $19,844.63 |
| Epicor Software Corporation Attn:  Manager or Agent P.O. Box 671069 Dallas, TX 75267 | | | | | | $18,071.50 |
| MedChain Supply Attn:  Manager or Agent P.O. Box 842818 Boston, MA 02284-2818 | | | | | | $16,483.72 |
| Capital One Spark Attn:  Manager or Agent P.O. Box 71083 Charlotte, NC 28272-1083 | | | | | | $10,990.00 |
| N.C. Dept. of Revenue ATTN: Officer Office Svcs Div, Bankruptcy Un P. O. Box 1168 Raleigh, NC 27602-1168 | | Penalty | | | | $10,173.95 |
| Cardinal Health Attn:  Manager or Agent P.O.Box 730112 Dallas, TX 75373 | | | | | | $9,642.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Sound Medical Supply Partners, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $    597,961.52

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $    597,961.52

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    1,805,749.37

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................... $    87,544.97

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$    851,127.44

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b       $    2,744,421.78

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sound Medical Supply Partners, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Citizens Bank | Checking - Operating | 7620 | $524.85 |
| 3.2. | First Citizens Bank | Checking | 3565 | $432.93 |
| 3.3. | Vantiv Integrated Payment Solutions | Merchant | 0886 | $0.00 |
| 3.4. | American Express Merchant | Merchant | 9992 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$957.78

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Debtor    Sound Medical Supply Partners, LLC                                      Case number *(If known)* _____
          Name

**7.**    **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

          7.1.   Security deposit paid to Columbus Properties, LLC                                          $3,750.00

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

**9.**    **Total of Part 2.**                                                                          $3,750.00
          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

          11a. 90 days old or less:        249,729.68        -        12,486.48     = ....        $237,243.20
                                           face amount                doubtful or uncollectible accounts

          11b. Over 90 days old:            16,621.82        -        16,621.82     =....              $0.00
                                           face amount                doubtful or uncollectible accounts

          11b. Over 90 days old:             1,405.65        -         1,405.65     =....              $0.00
                                           face amount                doubtful or uncollectible accounts

          11b. Over 90 days old:           252,804.23        -        12,640.21     = ....        $240,164.02
                                           face amount                doubtful or uncollectible accounts

**12.**   **Total of Part 3.**                                                                        $477,407.22
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.**   **Raw materials**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | Sound Medical Supply Partners, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**20.** **Work in progress**

**21.** **Finished goods, including goods held for resale**
Inventory (value based upon 10% of cost)

| | 1/12/2017 | $0.00 | Liquidation | $55,476.82 |
|---|---|---|---|---|

**22.** **Other inventory or supplies**

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| $55,476.82 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>Desks, chairs (value based upon 10% of cost) | $0.00 | Liquidation | $76.80 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment, 2-computers, 7-laptops, MiFi, Printer, IPad, other software (value based upon 10% of cost) | $0.00 | Liquidation | $1,904.00 |
| Epicor software | $0.00 | | Unknown |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Sound Medical Supply Partners, LLC | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**43.** **Total of Part 7.**  $1,980.80

Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2015 Nissan (Delivery) Van, VIN 33150<br>(loan value used) | $0.00 | | $15,400.00 |
| 47.2.   2013 BMW 750LI 4S, VIN 53186 (trade-in<br>value used) | $0.00 | | $29,100.00 |
| 47.3.   2008 Chevrolet Express Van, VIN 39622<br>(loan value used) | $0.00 | | $5,725.00 |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Warehouse equipment consisting of but not<br>limited to Toyota Forklift S/N71957 and charger,<br>Toyota Forklift S/N11164, Meculux Pallet Racking,<br>Toyota Electric Order Picker S/N71986, Toyota<br>Pallet Rack, Racking System, 24-Racking<br>shelves, industrial service carts, beams/wire<br>decks/uprights, refrigerator (value based upon<br>10% of cost) | $0.00 | Liquidation | $8,163.90 |

**51.** **Total of Part 8.**  $58,388.90

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Sound Medical Supply Partners, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.sound-medical.com | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Sound Medical Supply Partners, LLC
Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $957.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,750.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $477,407.22 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $55,476.82 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,980.80 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,388.90 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $597,961.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $597,961.52 |

**Fill in this information to identify the case:**

Debtor name __Sound Medical Supply Partners, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Ally Financial
Creditor's Name

Attn: Managing Agent
P. O. Box 380901
Bloomington, MN 55438
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**
3206

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2015 Nissan Delivery Van, VIN 33150


**Describe the lien**
Lien on title
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $24,658.43     Column B: $15,400.00

**2.2** BMW Bank of North America
Creditor's Name

Attn:  Manager or Agent
P.O. Box 78066
Phoenix, AZ 85062-8066
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**
4666

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
2013 BMW, VIN 53186


**Describe the lien**
Lien on title
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $57,152.22     Column B: $29,100.00

Debtor  Sound Medical Supply Partners, LLC                          Case number (if know) _____
        Name

■ No
☐ Yes. Specify each creditor,
    including this creditor and its relative
    priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Capacity Funding, LLC | Describe debtor's property that is subject to a lien | $385,055.21 | $0.00 |

Creditor's Name

Attn:  Manager or Agent
7 Renaissance Sq., 5th Fl.
White Plains, NY 10601
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

12/13/2016
**Last 4 digits of account number**
1556
**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
    including this creditor and its relative
    priority.

Describe debtor's property that is subject to a lien
Merchant cash advance-blanket lien

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Kings Cash Group | Describe debtor's property that is subject to a lien | $154,564.00 | $0.00 |

Creditor's Name

Attn:  Manager or Agent
30 Broad Street, 12th Floor
New York, NY 10001
Creditor's mailing address

ingo@kingscashgroup.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
    including this creditor and its relative
    priority.

Describe debtor's property that is subject to a lien
Blanket lien

**Describe the lien**
Security Agmt but no UCC-1 filed
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | LEAF Financial | Describe debtor's property that is subject to a lien | $18,895.75 | Unknown |

Creditor's Name

Attn:  Manager or Agent
2005 Market Street, 14th Fl.
Philadelphia, PA 19103
Creditor's mailing address

Describe debtor's property that is subject to a lien
Epicor Software

**Describe the lien**
UCC-1 Financing Statement
**Is the creditor an insider or related party?**

■ No

---

| Debtor | Sound Medical Supply Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

4/20/2015

**Last 4 digits of account number**

8001

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | LEAF Financial | **Describe debtor's property that is subject to a lien** | $6,371.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Epicor Software | | |

Attn:  Manager or Agent
2005 Market Street, 14th Fl.
Philadelphia, PA 19103

Creditor's mailing address

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

11/1/2015

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

8001

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Merchant Funding Svcs., LLC | **Describe debtor's property that is subject to a lien** | $126,549.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | Blanket lien | | |

Attn: Manager or Agent
One Evertrust Plaza, Ste 1401
Jersey City, NJ 07302

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Platinum Rapid Funding | **Describe debtor's property that is subject to a lien** | $341,942.76 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Sound Medical Supply Partners, LLC                                     Case number (if known)
_____
                    Name

| | |
|---|---|
| **Creditor's Name**<br>Group, Ltd.<br>Attn: Manager or Agent<br>348 RXR Plaza<br>Uniondale, NY 11556<br><u>Creditor's mailing address</u> | **Blanket lien**<br><br><br><br>**Describe the lien** |

abartone@platinumrfg.com
<u>Creditor's email address, if known</u>

**Date debt was incurred**
11/3/2016
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Summit Financial Resources, LP | **Describe debtor's property that is subject to a lien** | $690,561.00 | $543,028.74 |
|---|---|---|---|---|

**Creditor's Name**
Attn: Manager or Agent
2455 E. Parleys Way
Ste 200
Salt Lake City, UT 84109
<u>Creditor's mailing address</u>

Blanket lien (Inventory, A/R, Equipment)

**Describe the lien**

<u>Creditor's email address, if known</u>

**Date debt was incurred**
11/1/2016
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,805,749.37 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**              page 4 of 4

**Fill in this information to identify the case:**

Debtor name __Sound Medical Supply Partners, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>Alamance Bldg Mail Stop 24<br>4905 Koger Blvd Ste 102<br>Greensboro, NC 27407 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>N.C. Dept. of Revenue<br>ATTN: Officer<br>Office Svcs Div, Bankruptcy Un<br>P. O. Box 1168<br>Raleigh, NC 27602-1168 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62,113.87 | $62,113.87 |
| Date or dates debt was incurred<br>12/15/2016 | Basis for the claim:<br>NC Sales Tax | | |
| Last 4 digits of account number 0929<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    26299                    Best Case Bankruptcy

Debtor  **Sound Medical Supply Partners, LLC**               Case number (if known) _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,173.95 | $10,173.95 |

**Priority creditor's name and mailing address**
N.C. Dept. of Revenue
ATTN: Officer
Office Svcs Div, Bankruptcy Un
P. O. Box 1168
Raleigh, NC 27602-1168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/15/2016

Basis for the claim:
Penalty

Last 4 digits of account number 0929

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4**

**Priority creditor's name and mailing address**
New Hanover Co Tax Coll
Attn: Managing Agent
PO Box 18000
Wilmington, NC 28406

**As of the petition filing date, the claim is:**  $2,708.82   $2,708.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
1/16/2016 and 1/17/2017

Basis for the claim:
Business property tax

Last 4 digits of account number 0587

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5**

**Priority creditor's name and mailing address**
Tennessee Dept. of Revenue
Attn:  Manager or Agent
Andrew Jackson Bldg, FL 8
500 Deaderick Street
Nashville, TN 37242

**As of the petition filing date, the claim is:**  $6,783.64   $6,783.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/31/2016

Basis for the claim:
Tennessee Sales Tax

Last 4 digits of account number 1300

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6**

**Priority creditor's name and mailing address**
Tennessee Dept. of Revenue
Attn:  Manager or Agent
Andrew Jackson Bldg, FL 8
500 Deaderick Street
Nashville, TN 37242

**As of the petition filing date, the claim is:**  $745.90   $745.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
11/30/2016

Basis for the claim:
Penalty

Last 4 digits of account number 1300

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Sound Medical Supply Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.7**

Priority creditor's name and mailing address
Tennessee Dept. of Revenue
Attn: Manager or Agent
Andrew Jackson Bldg, FL 8
500 Deaderick Street
Nashville, TN 37242

Date or dates debt was incurred

Last 4 digits of account number 179S

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$5,018.79        $5,018.79

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
Accident Fund
Attn: Manager or Agent
P.O. Box 40790
Lansing, MI 48901-7990

**Date(s) debt was incurred**
**Last 4 digits of account number**  7700

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

Is the claim subject to offset?  ☒ No  ☐ Yes

$4,479.00

---

**3.2**

Nonpriority creditor's name and mailing address
Accutome, Inc.
Attn: Manager or Agent
3222 Phoenixville Pike
Malvern, PA 19355

**Date(s) debt was incurred**
**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?  ☒ No  ☐ Yes

$91.95

---

**3.3**

Nonpriority creditor's name and mailing address
Adenna
Attn: Manager or Agent
201 South Mailliken Avenue
Ontario, CA 91761

**Date(s) debt was incurred**
**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?  ☒ No  ☐ Yes

$300.48

---

**3.4**

Nonpriority creditor's name and mailing address
Akorn, Inc.
Attn: Manager or Agent
1924 West Field Court
Lake Forest, IL 60045

**Date(s) debt was incurred**
**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,974.31

---

**3.5**

Nonpriority creditor's name and mailing address
Alliance Tech Medical
Attn: Manager or Agent
P.O. Box 6024
Granbury, TX 76049

**Date(s) debt was incurred**
**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?  ☒ No  ☐ Yes

$826.49

---

| Debtor | Sound Medical Supply Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.85 |
|---|---|---|
| Ambu, Inc.<br>Attn: Manager or Agent<br>P.O. Box 347818<br>Pittsburgh, PA 15251-4818 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
|---|---|---|
| American Express<br>Attn: Manager or Agent<br>P.O. Box 981540<br>El Paso, TX 79998-1540 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _2015_ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _1037_ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.26 |
|---|---|---|
| AmericourceBergen<br>Attn: Manager or Agent<br>P.O. Box 503270<br>Saint Louis, MO 63150-3270 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,910.36 |
|---|---|---|
| Andover Healthcare<br>Attn: Manager or Agent<br>9 Fanaras Drive<br>Salisbury, MA 01952 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,716.65 |
|---|---|---|
| Avalon Papers, LLC<br>Attn: Manager or Agent<br>P.O. Box 3967<br>Oshkosh, WI 54903-3967 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,947.60 |
|---|---|---|
| Bard Medical<br>Attn: Manager or Agent<br>P.O. Box 75767<br>Charlotte, NC 28275 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,900.00 |
|---|---|---|
| Behalf Credit<br>Attn: Manager or Agent<br>126 5th Avenue<br>New York, NY 10011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _12/29/2016_ | **Basis for the claim:** _Credit repair services_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Sound Medical Supply Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,245.03 |
|---|---|---|---|

Bell Medical Services
Attn:  Manager or Agent
120 Benderburg
Marlboro, NJ 07746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $768.00 |
|---|---|---|---|

Biolife, LLC
Attn:  Manager or Agent
8163 25th Court E
Sarasota, FL 34243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $786.70 |
|---|---|---|---|

Bionix Development Corp.
Attn:  Manager or Agent
5154 Enterprise Blvd.
Toledo, OH 43612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $819.84 |
|---|---|---|---|

Bioseal
Attn:  Manager or Agent
167 West Orangethorpe Ave.
Placentia, CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.64 |
|---|---|---|---|

Bledsoe Brace Systems
Attn:  Manager or Agent
2601 Pinewood Drive
Grand Prairie, TX 75051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,196.58 |
|---|---|---|---|

BSN Medical, Inc.
Attn:  Manager or Agent
P.O. Box 751766
Charlotte, NC 28275-1766

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.00 |
|---|---|---|---|

C-Core Medical
Attn:  Manager or Agent
P.O. Box 471492
Lake Monroe, FL 32747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sound Medical Supply Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $206.50 |
|---|---|---|---|

Calgonate Corp.
Attn:  Manager or Agent
1391 NW St. Lucie West Blvd
#303
Port Saint Lucie, FL 34986

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,990.00 |
|---|---|---|---|

Capital One Spark
Attn:  Manager or Agent
P.O. Box 71083
Charlotte, NC 28272-1083

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2412_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,177.30 |
|---|---|---|---|

Capitol Vial
Attn:  Manager or Agent
2039 McMillan Street
Auburn, AL 36832

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,642.00 |
|---|---|---|---|

Cardinal Health
Attn:  Manager or Agent
P.O.Box 730112
Dallas, TX 75373

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $504.61 |
|---|---|---|---|

Chattanooga Group
Attn:  Manager or Agent
1430 Decision Street
Vista, CA 92081

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $61.49 |
|---|---|---|---|

Clarity Diagnostics
Attn:  Manager or Agent
1060 Holland Drive
Boca Raton, FL 33487

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,346.20 |
|---|---|---|---|

Clinton Industries, Inc.
Attn:  Manager or Agent
525 East Market Street
York, PA 17403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sound Medical Supply Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.23 |
|---|---|---|---|

Columbia Power & Washer Sys
Attn:  Manager or Agent
P.O. Box 379
Columbia, TN 38402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,381.70 |
|---|---|---|---|

Copiers Plus, Inc.
Attn:  Manager or Agent
P.O. Box 729
Fayetteville, NC 28302-0729

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.51 |
|---|---|---|---|

Coretex Products, Inc.
Attn:  Manager or Agent
First Growth Capital
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.03 |
|---|---|---|---|

Dixie EMS Supply
Attn:  Manager or Agent
10101 Foster Ave.
Brooklyn, NY 11236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,816.65 |
|---|---|---|---|

Dynarex Corporation
Attn:  Manager or Agent
P.O. Box 712454
Cincinnati, OH 45201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $612.98 |
|---|---|---|---|

Encompass Group /
Albahealth
Attn:  Manager or Agent
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,452.62 |
|---|---|---|---|

Enthermics Medical Systems
Attn:  Manager or Agent
W164 N9221 Water Street
New Holstein, WI 53061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sound Medical Supply Partners, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,071.50

Epicor Software Corporation
Attn: Manager or Agent
P.O. Box 671069
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,031.97

Ergodyne Corporation
Attn: Manager or Agent
NW8521
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,396.62

Federal Express Corporation
Attn: Manager or Agent
P.O. Box 223125
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $338.73

Ferris MFG Corp.
Attn: Manager or Agent
P.O. Box 732507
Dallas, TX 75373-2507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,208.47

Fisher Scientific Company
Attn: Manager or Agent
P.O. Box 404705
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,274.05

Garland C. Norris Company
Attn: Manager or Agent
P.O. Box 28
Apex, NC 27502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,328.60

Gavis Pharmaceuticals, LLC
Attn: Manager or Agent
400 Campus Drive
Somerset, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Sound Medical Supply Partners, LLC
_____
Name

Case number (if known) _____

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $97.30 |
|---|---|---|---|

GoFit
Attn: Manager or Agent
12929 E. Apache Street
Tulsa, OK 74116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $528.76 |
|---|---|---|---|

Graham Field
Attn: Manager or Agent
2935 Northeast Parkway
Atlanta, GA 30360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $740.00 |
|---|---|---|---|

Graphic Controls
d/b/a VERMED
Attn: Manager or Agent
P.O. Box 1271
Buffalo, NY 14204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $253.33 |
|---|---|---|---|

Helena Laboratories
Attn: Manager or Agent
1530 Lindbergh Drive
Beaumont, TX 77704-0752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $914.15 |
|---|---|---|---|

Hemosure, Inc.
Attn: Manager or Agent
5358 Irwindale Avenue
Baldwin Park, CA 91706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28,952.42 |
|---|---|---|---|

Henry Schein, Inc.
c/b/a InSource
Attn: Manager or Agent
Dept CH 10560
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/24/2016

**Basis for the claim:** Inventory

**Last 4 digits of account number** 0894

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $811.51 |
|---|---|---|---|

Hilco / i-Promotions
Attn: Manager or Agent
9522 Gravois Road
Saint Louis, MO 63123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Sound Medical Supply Partners, LLC                    Case number (if known) _____
_____
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,439.00 |
|------|---|---|---|

Hilex Poly Co., LLC
Attn:  Manager or Agent
Dept. 720048
P.O. Box 1335
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,836.43 |
|------|---|---|---|

Hospira
Attn:  Manager or Agent
75 Remittance Drive
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|------|---|---|---|

HUB Pharmaceuticals, LLC
Attn:  Manager or Agent
9339 Charles Smith Ave.
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.90 |
|------|---|---|---|

Hurricane Medical, Inc.
Attn:  Manager or Agent
5315 Lena Road
Bradenton, FL 34211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,599.32 |
|------|---|---|---|

Independent Pharma
Attn:  Manager or Agent
854 E. Crescentville Road
Cincinnati, OH 45246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,827.77 |
|------|---|---|---|

Infection Control Tech.
Attn:  Manager or Agent
P.O. Box 160526
Clearfield, UT 84016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,082.70 |
|------|---|---|---|

Insource
Attn:  Manager or Agent
Box 382023
Pittsburgh, PA 15250-2028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | Sound Medical Supply Partners, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $127.65 |
|---|---|---|---|
| | J&M Supply<br>Attn: Manager or Agent<br>2406 Highland Avenue<br>Columbia, TN 38401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,571.55 |
|---|---|---|---|
| | Jant Pharmacal Corp.<br>Attn: Manager or Agent<br>16530 Ventura Blvd. #512<br>Encino, CA 91436 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,212.50 |
|---|---|---|---|
| | Johnson Morgan and White<br>Attn: Manager or Agent<br>6800 Broken Sound Parkway<br>Boca Raton, FL 33487 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  3326 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,032.29 |
|---|---|---|---|
| | Lagasse, Inc.<br>Attn: Manager or Agent<br>P.O. Box 532670<br>Atlanta, GA 30353 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  6156 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,454.10 |
|---|---|---|---|
| | Mammoth Medical<br>Attn: Manager or Agent<br>P.O. Box 1000, Sept #395<br>Memphis, TN 38148 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,483.72 |
|---|---|---|---|
| | MedChain Supply<br>Attn: Manager or Agent<br>P.O. Box 842818<br>Boston, MA 02284-2818 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  0061 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $504.46 |
|---|---|---|---|
| | Medi Nuclear<br>Attn: Manager or Agent<br>3365 Momentum Place<br>Chicago, IL 60689 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  4190 | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor __Sound Medical Supply Partners, LLC_____ Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Medical ID Solutions | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | 6325 McCoy Road | ☐ Disputed |
| | Orlando, FL 32822 | |
| | | **Basis for the claim:** _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  2089 | Is the claim subject to offset? ■ No  ☐ Yes |

$38.45

| | | |
|---|---|---|
| **3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Medical Products, Inc. | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | P.O. Box 207 | ☐ Disputed |
| | Piney Creek, NC 28663 | |
| | | **Basis for the claim:** _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

$1,429.24

| | | |
|---|---|---|
| **3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Medique Products | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | 4159 Shoreline Drive | ☐ Disputed |
| | Earth City, MO 63045 | |
| | | **Basis for the claim:** _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  SMSP | Is the claim subject to offset? ■ No  ☐ Yes |

$8,149.46

| | | |
|---|---|---|
| **3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Medline Industries, Inc. | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | Box 382075 | ☐ Disputed |
| | Pittsburgh, PA 15251-8075 | |
| | | **Basis for the claim:** _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  2539 | Is the claim subject to offset? ■ No  ☐ Yes |

$221.86

| | | |
|---|---|---|
| **3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Medworld Supply, Inc. | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | 168 10th Street | ☐ Disputed |
| | Brooklyn, NY 11215 | |
| | | **Basis for the claim:** _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

$31,136.37

| | | |
|---|---|---|
| **3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Meridian Medical Technologies | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | 6350 Stevens Forest Road | ☐ Disputed |
| | Columbia, MD 21046 | |
| | | **Basis for the claim:** _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

$475.00

| | | |
|---|---|---|
| **3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | Micro Direct | ☐ Contingent |
| | Attn: Manager or Agent | ☐ Unliquidated |
| | 803 Webster Street | ☐ Disputed |
| | Lewiston, ME 04240 | |
| | | **Basis for the claim:** _ |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

$71.51

Debtor   Sound Medical Supply Partners, LLC
                 Name                                              Case number (if known) _____

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.61 |
|---|---|---|---|

Mortara / Burdick
Attn:  Manager or Agent
7865 North 86th Street
Milwaukee, WI 53224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  8843**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.60 |
|---|---|---|---|

MSI Precision Specialty
Instruments
Attn:  Manager or Agent
1220 Valley Forge Rd,Bldg 34
Phoenixville, PA 19460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,170.00 |
|---|---|---|---|

Natus Medical, Inc.
Attn:  Manager or Agent
P.O. Box 3604
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  8616**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312,940.55 |
|---|---|---|---|

NDC, Inc.
Attn:  Manager or Agent
407 New Sanford Road
La Vergne, TN 37086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  0061**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.40 |
|---|---|---|---|

Nikomed USA, Inc.
Attn:  Manager or Agent
2800 Turnpike Drive
Hatboro, PA 19040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $501.31 |
|---|---|---|---|

North Coast Medical, Inc.
Attn:  Manager or Agent
8100 Camino Arroyo
Gilroy, CA 95020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  0328**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.07 |
|---|---|---|---|

O'Reilly Auto Parts
Attn:  Manager or Agent
P.O. Box 1156
Springfield, MO 65801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sound Medical Supply Partners, LLC**                    Case number (if known) _____

       Name

| | | |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.  **$1,162.58** |
| | Occunomix International, LLC | ☐ Contingent |
| | Attn:  Manager or Agent | ☐ Unliquidated |
| | 3447 Solutions Center | ☐ Disputed |
| | Chicago, IL 60677 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** U284 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.  **$691.91** |
| | Office Depot | ☐ Contingent |
| | Attn:  Manager or Agent | ☐ Unliquidated |
| | P.O. Box 633211 | ☐ Disputed |
| | Cincinnati, OH 45263 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 2837 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.  **$5,220.72** |
| | Office Depot | ☐ Contingent |
| | Attn:  Manager or Agent | ☐ Unliquidated |
| | P.O. Box 633211 | ☐ Disputed |
| | Cincinnati, OH 45263 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 5257 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.  **$152.46** |
| | Omnimed, Inc. | ☐ Contingent |
| | Attn:  Manager or Agent | ☐ Unliquidated |
| | 800 Glen Avenue | ☐ Disputed |
| | Moorestown, NJ 08057 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.  **$3,875.54** |
| | One Beat CPR Learning Ctr. | ☐ Contingent |
| | Attn:  Manager or Agent | ☐ Unliquidated |
| | 4350 Oakes Road | ☐ Disputed |
| | Fort Lauderdale, FL 33314 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.  **$396.85** |
| | OPTP | ☐ Contingent |
| | Attn:  Manager or Agent | ☐ Unliquidated |
| | 3800 Anapolis Ln, Ste 165 | ☐ Disputed |
| | Minneapolis, MN 55447 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 8480 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.  **$750.33** |
| | Ovation Medical | ☐ Contingent |
| | Attn:  Manager or Agent | ☐ Unliquidated |
| | P.O. Box 745846 | ☐ Disputed |
| | Los Angeles, CA 90074-5846 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 4760 | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   Sound Medical Supply Partners, LLC
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | $259.19 |

Parker Laboratories, Inc.
Attn:  Manager or Agent
286 Eldridge Road
Fairfield, NJ 07004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | $82,465.48 |

D. Read Patterson, II
905 Twisted Oak Place
Wilmington, NC 28405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid wages

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | $22,266.06 |

D. Read Patterson, II
905 Twisted Oak Place
Wilmington, NC 28405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | $329.84 |

Personnel Concepts, Inc.
Attn:  Manager or Agent
P.O. Box 5750
Carol Stream, IL 60197-5750

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | $350.92 |

Phillips Burton
Attn:  Manager or Agent
21100 Lassen Street
Chatsworth, CA 91311

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5725

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | $3,990.30 |

Physio Control
Attn:  Manager or Agent
11811 Willows Road NE
Redmond, WA 98052

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9101

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | $764.73 |

Power Systems
Attn:  Manager or Agent
5700 Casey Drive
Knoxville, TN 37909

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sound Medical Supply Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.95

Preventia Security, LLC
Attn:  Manager or Agent
P.O. Box 1563
Columbia, TN 38401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,001.93

Propper Mfg. Co., Inc.
Attn:  Manager or Agent
36-04 Skillman Ave.
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _2810_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.68

PSI Collections
Attn:  Manager or Agent
21214 Schofield Drive
Gretna, NE 68028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.62

Puritan Medical Products
Attn:  Manager or Agent
31 School Street
Guilford, ME 04443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,549.00

Retractable Technologies, Inc.
Attn:  Manager or Agent
511 Lobo Lane
Little Elm, TX 75068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _3245_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478.44

S.P. Richards Company
Attn:  Manager or Agent
P.O. Box 1266
Smyrna, GA 30081-1266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _3661_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.68

Scientific Sales, Inc.
Attn:  Manager or Agent
130 Valley Court
Oak Ridge, TN 37830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   Sound Medical Supply Partners, LLC

Name

Case number (if known)

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.36 |
|---|---|---|---|

Seneca Medical
Attn:  Manager or Agent
P.O. Box 636705
Cincinnati, OH 45263-6705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5611

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Share Moving Media, Inc.
Attn:  Manager or Agent
1735 N. Brown Road, Suite 140
Lawrenceville, GA 30043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,321.59 |
|---|---|---|---|

Shuttle Systems
Attn:  Manager or Agent
4201 Guide Meridian, Ste 101A
Bellingham, WA 98226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,674.15 |
|---|---|---|---|

Teleflex Medical Incorporated
Attn:  Manager or Agent
P.O. Box 601608
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2163

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

Terminix Co of NC
Attn:  Manager or Agent
P.O. Box 2587
Fayetteville, NC 28302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,266.28 |
|---|---|---|---|

The Palm Tree Group
Attn:  Manager or Agent
12701 Director's Dr.
Stafford, TX 77477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8583

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.50 |
|---|---|---|---|

The Pillow Factory
Attn:  Manager or Agent
900 Busch Pkwy
Buffalo Grove, IL 60089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sound Medical Supply Partners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104**

**Nonpriority creditor's name and mailing address**
Tradex
Attn: Manager or Agent
P.O. Box 75746
Cleveland, OH 44101-4755

**Date(s) debt was incurred** _

**Last 4 digits of account number** _OUND_

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,395.79

---

**3.105**

**Nonpriority creditor's name and mailing address**
TSI
Attn: Manager or Agent
500 Cardigan Road
Saint Paul, MN 55126

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$266.76

---

**3.106**

**Nonpriority creditor's name and mailing address**
UPS
Attn: Manager or Agent
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _W552_

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$436.53

---

**3.107**

**Nonpriority creditor's name and mailing address**
US Diagnostics
Attn: Manager or Agent
P.O. Box 5531
Carol Stream, IL 60197-5531

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$19,844.63

---

**3.108**

**Nonpriority creditor's name and mailing address**
VE Ralph and Son, Inc.
Attn: Manager or Agent
320 Schuyler Ave.
Kearny, NJ 07032

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4155_

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$144.00

---

**3.109**

**Nonpriority creditor's name and mailing address**
Wallach Surgical Devices, Inc.
Attn: Manager or Agent
95 Corporate Drive
Trumbull, CT 06611

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2793_

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,167.85

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    Sound Medical Supply Partners, LLC
                Name

Case number (if known) _____

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    87,544.97 |
| **5b. Total claims from Part 2** | 5b.  + | $                   851,127.44 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                   938,672.41 |

**Fill in this information to identify the case:**

Debtor name    Sound Medical Supply Partners, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest     Lease of commercial office space located at 1930 Oleander Drive, Wilmington    Expires 1/31/2019 | Columbus Properties, LLC Attn: David Sprunt 1201-B Columbus Circle Wilmington, NC 28403 |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name ___Sound Medical Supply Partners, LLC___

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | Kings Cash Group | ☑ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.2 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | Merchant Funding Svcs., LLC | ☑ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.3 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | Capacity Funding, LLC | ☑ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.4 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | Platinum Rapid Funding | ☑ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.5 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | Ally Financial | ☑ D ___2.1___ ☐ E/F _____ ☐ G _____ |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Sound Medical Supply Partners, LLC _____    Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                             *Column 2:* **Creditor**

| 2.6 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | BMW Bank of North America | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.7 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | Summit Financial Resources, LP | ■ D ___2.9___ <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.8 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | American Express | ☐ D _____ <br> ■ E/F ___3.7___ <br> ☐ G _____ |

| 2.9 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | Capital One Spark | ☐ D _____ <br> ■ E/F ___3.21___ <br> ☐ G _____ |

| 2.10 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | Behalf Credit | ☐ D _____ <br> ■ E/F ___3.12___ <br> ☐ G _____ |

| 2.11 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | LEAF Financial | ■ D ___2.5___ <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.12 | D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | LEAF Financial | ■ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Sound Medical Supply Partners, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - WILMINGTON DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From   1/01/2017 to Filing Date | ■ Operating a business<br>☐ Other  _____ | $118,175.84 |
| For prior year:<br>From   1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other  _____ | $4,615,480.61 |
| For year before that:<br>From   1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other  _____ | $4,786,677.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

Debtor    Sound Medical Supply Partners, LLC _____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    See attached Exhibit A | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    D. Read Patterson, II<br>905 Twisted Oak Place<br>Wilmington, NC 28405<br>Managing Member | (See Exhibit B) | $0.00 | (See Exhibit B) |
| 4.2.    GreatAmerica Financial | Periodic payments, with balance paid in November 2016 | $40,000.00 | Payments on debts for which Gregory J. Johnson (fomer member) was guarantor<br>Approx. total of payments shown |
| 4.3.    Toyota Financial | Periodic payments, with balance paid in November 2016 | $37,000.00 | Payments on debts for which Gregory J. Johnson (fomer member) was guarantor<br>Approx. total of payments shown |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Sound Medical Supply Partners, LLC                                    Case number *(if known)*

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Sound Medical Supply Partners, LLC                         Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | 1/5/2017 | |
| | | *See additional information contained in the Affidavit attached to the Application for Employment of Attorney for the Debtor | |
| Stubbs & Perdue, P.A. 310 Craven Street PO Box 1654 New Bern, NC 28563-1654 | | | $26,717.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 6608-3 Windmill Way Wilmington, NC 28405 | 3/1/2012 to 10/31/2013 |
| 14.2. | P.O. Box 4 Wilmington, NC 28402 | 12/21/2011 to 2013 |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    Sound Medical Supply Partners, LLC                          Case number *(if known)*_____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | South State Bank | XXXX-3790 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/15/2016 | $17,318.10 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Sound Medical Supply Partners, LLC          Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Debtor    Sound Medical Supply Partners, LLC _____    Case number *(if known)* _____

#### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | JulieAnn Beverage<br>108 Sandy Shore Lane<br>Swansboro, NC 28584 | 8/20/2012 to 7/2/2015 |
| 26a.2. | Jennifer Davis<br>6312 Morrow Road<br>Wilmington, NC 28412 | 6/15/2015 to<br>2/12/2016 |
| 26a.3. | Lauren Haardin Morse<br>504 Amberdale Circle<br>Pembroke, NC 28372 | 3/29/2016 to<br>5/20/2016 |
| 26a.4. | Heidi Manders<br>501 Cape Fear Blvd.<br>Carolina Beach, NC 28428 | 5/16/2016 to present |
| 26a.5. | Adam Shay<br>Lauren Isaacson, CPA<br>1721 Allens Lane #210<br>Wilmington, NC 28403 | 2014 and 2015 |
| 26a.6. | Madison Scuorzo<br>609 Saint Vincent Drive<br>Wilmington, NC 28412 | 12/2/2014 to<br>6/26/2015 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Accident Fund<br>200 N. Grand Avenue<br>Lansing, MI 48901-7990 | Payroll audit for worker's compensation insurance for 2015-2016 |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | Joseph Gillespie & Jacob Broome<br>Unified Examiners<br>2858 Johnson Ferry Road<br>Suite 250<br>Marietta, GA 30062 | 2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Adam Shay<br>Lauren Isaacson, CPA<br>1721 Allens Lane #210<br>Wilmington, NC 28403 | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Sound Medical Supply Partners, LLC                                    Case number *(if known)*  _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  Heidi Manders<br>501 Cape Fear Blvd.<br>Carolina Beach, NC 28428 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Summit Financial Resources, LP<br>Attn:  Manager or Agent<br>2455 E. Parleys Way<br>Ste 200<br>Salt Lake City, UT 84109 |
| 26d.2.  Sterling Commercial Credit, LLC<br>10559 Citation Dr., Ste. 204<br>Brighton, MI 48116 |
| 26d.3.  Knight Capital |
| 26d.4.  Windset Capital Corporation<br>4168 West 12600 South<br>2nd Floor<br>Herriman, UT 84096 |
| 26d.5.  Evolution |
| 26d.6.  Kings Cash Group<br>Attn:  Manager or Agent<br>30 Broad Street, 12th Floor<br>New York, NY 10001 |
| 26d.7.  Capacity Funding, LLC<br>Attn:  Manager or Agent<br>7 Renaissance Sq., 5th Fl.<br>White Plains, NY 10601 |
| 26d.8.  Platinum Rapid Funding<br>Group, Ltd.<br>Attn:  Manager or Agent<br>348 RXR Plaza<br>Uniondale, NY 11556 |
| 26d.9.  Crystal Funding |
| 26d.10.  Web Bank/Can Capital<br>2015 Vaughn Road, Ste 500<br>Kennesaw, GA 30144 |
| 26d.11.  CresCom |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    Sound Medical Supply Partners, LLC                                    Case number *(if known)* _____

☐ No

■ Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Kieran Davis | 1/10/2017 | $548,678.04 - Cost |
|  | **Name and address of the person who has possession of inventory records** | | |
|  | Debtor | | |
| 27.2. | Kieran Davis | 1/12/2017 | $554,768.24 - cost |
|  | **Name and address of the person who has possession of inventory records** | | |
|  | Debtor | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| D. Read Patterson, II | 905 Twisted Oak Place Wilmington, NC 28405 | Managing Member | 85% membership interest - Class A |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Atlantic Coast Orthopaedic | Medical Supplies, Inc. Attn:  Manager or Agent 6510 Northpark Blvd. Charlotte, NC 28216 | Member | 10% membership interest - Class B |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Wilmington Health, PLLC | Attn:  Manager or Agent 1202 Medical Center Drive Wilmington, NC 28401 | Member | 5% membership interest - Class B |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brad Johnson | 114 Christopher St., Apt 9 New York, NY 10014 | Managing Member | 12/21/2011 to 11/17/2016 |

Debtor    Sound Medical Supply Partners, LLC _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Gregory James Johnson | 413 Marshland Drive Wilmington, NC 28405 | Managing Member | 12/21/2011 to 11/17/2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James L. Johnson | 401 Indian Harbor Road Vero Beach, FL 32963 | Managing Member | 12/21/2011 to 11/17/2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | D. Read Patterson, II 905 Twisted Oak Place Wilmington, NC 28405 | See Exhibit B | See Exhibit B | See Exhibit B |
| | **Relationship to debtor** Managing Member | | | |
| 30.2. | Gregory James Johnson 413 Marshland Drive Wilmington, NC 28405 | 885.89 | 1/30/2015 | Interest on loan made to company. |
| | **Relationship to debtor** Former member | | | |
| 30.3. | James L. Johnson 401 Indian Harbor Road Vero Beach, FL 32963 | $506.23 | 1/30/2015 | Interest on loan made to company. |
| | **Relationship to debtor** Former member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor  Sound Medical Supply Partners, LLC

Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 13, 2017

/s/ D. Read Patterson, II                                          D. Read Patterson, II
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    CEO and Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**EXHIBIT A**
**SFA - Q.3**
**Payments to Creditors - 90 days**

| | Total Paid | Reason Payment | | | | | |
|---|---|---|---|---|---|---|---|
| ACO Med Supply | 8032.50 | supplier | | 6510 northpark blvd | Charlotte,NC 28216 | | 704-921-0116 |
| | 2 006336 | 10/14/2016 13:13 | $   1,343.55 | ACO Med Supply | | | |
| | 2 006336M | 10/28/2016 12:18 | $   1,343.55 | ACO Med Supply | | | |
| | 2 ACHACO10262016A | 10/26/2016 0:00 | $   1,354.34 | ACO Med Supply | | | |
| | 1 ACHOneBeat12162016A | 12/16/2016 0:00 | $   1,486.10 | ACO Med Supply | | | |
| | 4 ACOAMEX2504.96A | 11/11/2016 0:00 | $   2,504.96 | ACO Med Supply | | | |
| Alliance Federal Credit Union /RPattrson 0 | 12302.21 | supplies and expenses | | 2465 S 17th Street | Wilmington | NC | 28403 |
| | 1 002704 | 11/30/2016 14:30 | $   1,200.00 | Alliance Federal Credit Union | | | |
| | 1 002737 | 12/14/2016 15:17 | $   5,041.35 | Alliance Federal Credit Union | | | |
| | 2 006325 | 10/13/2016 16:33 | $   6,060.86 | Alliance Federal Credit Union | | | |
| American Express | 141122.18 | supplies and expenses | American Expr | P.O. box 981540 | El Paso | TX | 79998-1540 |
| | 2 ACHAMEXMeFEE10142016A | 10/25/2016 17:43 | $       7.95 | American Express | | | |
| | 4 AMEXLateFee11302016A | 11/30/2016 0:00 | $      38.00 | American Express | | | |
| | 1 ACHAMEXCCFEE12192016A | 12/19/2016 15:45 | $     135.15 | American Express | | | |
| | 1 ACHAMEX11182016A | 11/18/2016 0:00 | $     222.09 | American Express | | | |
| | 2 ACHAMEXFee10182016A | 10/25/2016 17:57 | $     265.37 | American Express | | | |
| | 4 AMEXCCfinanchg102820A | 10/28/2016 0:00 | $     490.52 | American Express | | | |
| | 1 ACHAMEXpay11212016A | 11/25/2016 12:37 | $  20,000.00 | American Express | | | |
| | 1 ACHAMEX12302016A | 12/30/2016 0:00 | $  52,361.84 | American Express | | | |
| | 2 ACHAMEX11102016A | 11/10/2016 10:08 | $  67,601.26 | American Express | | | |
| Bell Medical Services | 17201.11 | | | 120 Vanderburg | Marlboro | NJ | 7746 |
| | 1 002686 | 11/18/2016 14:39 | $   1,934.04 | Bell Medical Services | | | |
| | 5 BELLCC 10192016A | 10/19/2016 17:52 | $   3,196.95 | Bell Medical Services | | | |
| | 4 BELLAMEXCC11112016A | 11/11/2016 12:48 | $  12,070.12 | Bell Medical Services | | | |
| Blue Cross Blue Shield | 8081.82 | services | | BCBS of North | P.O. bx 2291 | Durham | NC | 27702 |
| | 1 ACHBCBS12092016A | 12/9/2016 0:00 | $   2,057.66 | Blue Cross Blue Shield | | | |
| | 2 ACHBCBS11082016A | 11/9/2016 8:51 | $   2,057.66 | Blue Cross Blue Shield | | | |
| | 1 ACHBCBS12212016A | 12/21/2016 15:55 | $   3,966.50 | Blue Cross Blue Shield | | | |
| Capital One | 59632.62 | supplies and expenses | Capital One Ba | P.O. box 71083 | Charlotte | NC | 28272-1083 |
| | 5 CourtyardCC10242016A | 10/31/2016 0:00 | $      30.98 | Capital One | | | |
| | 5 BPCC11252016A | 11/25/2016 0:00 | $      49.69 | Capital One | | | |
| | 5 CapOneEXP2CC10312016A | 10/31/2016 0:00 | $      77.07 | Capital One | | | |
| | 5 CaponeCC11302016A | 12/13/2016 12:15 | $     162.12 | Capital One | | | |
| | 5 CAPone11302016A | 11/30/2016 0:00 | $     348.26 | Capital One | | | |
| | 5 OctExpCC10312016A | 10/31/2016 0:00 | $     657.34 | Capital One | | | |
| | 5 CapneCC12192016A | 12/19/2016 0:00 | $   1,104.80 | Capital One | | | |
| | 5 CAPOneExpCC11302016A | 11/30/2016 0:00 | $   2,814.91 | Capital One | | | |
| | 1 ACHCaptilOne12122016A | 12/12/2016 0:00 | $   2,923.97 | Capital One | | | |
| | 1 ACHCAPONE11212016A | 11/21/2016 0:00 | $   3,749.74 | Capital One | | | |
| | 5 CAPoneEXPCC12122016A | 12/12/2016 0:00 | $   5,460.27 | Capital One | | | |
| | 1 ACHCAPoONS12072016A | 12/9/2016 0:00 | $   5,923.97 | Capital One | | | |
| | 1 acahcapoNE113016A | 11/30/2016 0:00 | $   6,555.65 | Capital One | | | |
| | 1 ACHCAPONE12152016A | 12/15/2016 20:37 | $   7,929.93 | Capital One | | | |
| | 2 ACHCApONE11092016A | 11/9/2016 0:00 | $  10,906.31 | Capital One | | | |
| | 1 ACHCAPone12302016A | 12/30/2016 0:00 | $  10,937.61 | Capital One | | | |
| DJO, LLC | 9169.9 | supplier | | 1430 Decision Street | Vista | CA | 92081 |
| | 5 DJLCC12022016A | 12/2/2016 0:00 | $       2.68 | DJO, LLC | | | |
| | 2 ACHDJO10262016-1A | 10/26/2016 0:00 | $       8.04 | DJO, LLC | | | |
| | 5 DJOCC12082016A | 12/8/2016 0:00 | $       9.19 | DJO, LLC | | | |
| | 2 ACHCJO10242016-2A | 10/24/2016 0:00 | $      10.72 | DJO, LLC | | | |
| | 2 ACHDJO10312016-1A | 10/31/2016 0:00 | $      11.48 | DJO, LLC | | | |
| | 2 ACHCJO10122016A | 10/12/2016 0:00 | $      12.02 | DJO, LLC | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2 ACHDJO10122016A | 10/12/2016 0:00 | $ | 12.02 | DJO, LLC | | |
| | 5 DJOCC12092016A | 12/9/2016 0:00 | $ | 13.94 | DJO, LLC | | |
| | 2 ACHDJO10312016-2A | 10/31/2016 0:00 | $ | 16.88 | DJO, LLC | | |
| | 2 ACHDJO10262016A | 10/26/2016 0:00 | $ | 18.03 | DJO, LLC | | |
| | 2 ACHDJO10242016-1A | 10/24/2016 0:00 | $ | 21.86 | DJO, LLC | | |
| | 1 ACHDJO12142016A | 12/14/2016 0:00 | $ | 22.06 | DJO, LLC | | |
| | 2 ACHDJO10262016-2A | 10/26/2016 0:00 | $ | 24.04 | DJO, LLC | | |
| | 5 DJOCC12052016A | 12/5/2016 0:00 | $ | 24.31 | DJO, LLC | | |
| | 2 ACHDJO11102016A | 11/10/2016 0:00 | $ | 24.52 | DJO, LLC | | |
| | 5 DJOCC11212016A | 11/21/2016 0:00 | $ | 26.80 | DJO, LLC | | |
| | 2 ACHDJO11102016-1A | 11/10/2016 0:00 | $ | 30.05 | DJO, LLC | | |
| | 2 ACHDJO11142016-2A | 11/14/2016 0:00 | $ | 31.57 | DJO, LLC | | |
| | 2 ACHDJO11072016-2A | 11/7/2016 0:00 | $ | 31.78 | DJO, LLC | | |
| | 2 ACHCJO10142016A | 10/14/2016 0:00 | $ | 33.84 | DJO, LLC | | |
| | 1 ACHDJO12222016A | 12/22/2016 0:00 | $ | 50.76 | DJO, LLC | | |
| | 2 ACHDJO11072016-3A | 11/7/2016 0:00 | $ | 59.76 | DJO, LLC | | |
| | 5 DJOCC12032016A | 12/3/2016 0:00 | $ | 83.01 | DJO, LLC | | |
| | 1 ACHDJO12162016A | 12/16/2016 0:00 | $ | 103.14 | DJO, LLC | | |
| | 5 DJOCC12162016A | 12/16/2016 0:00 | $ | 138.70 | DJO, LLC | | |
| | 2 ACHDJO11092016A | 11/9/2016 0:00 | $ | 173.03 | DJO, LLC | | |
| | 2 ACHDJO11012016A | 11/1/2016 0:00 | $ | 182.06 | DJO, LLC | | |
| | 5 DJOCC 12192016A | 12/30/2016 0:00 | $ | 218.42 | DJO, LLC | | |
| | 1 ACHDJO12102016A | 12/10/2016 0:00 | $ | 292.84 | DJO, LLC | | |
| | 5 DJOCC12152016A | 12/15/2016 0:00 | $ | 432.96 | DJO, LLC | | |
| | 2 ACHDJO10122016-2A | 10/12/2016 0:00 | $ | 521.96 | DJO, LLC | | |
| | 1 ACHDJO12122016A | 12/12/2016 0:00 | $ | 550.43 | DJO, LLC | | |
| | 4 DJOAMEX01042017A | 1/4/2017 0:00 | $ | 583.96 | DJO, LLC | | |
| | 5 DJOCC11192016A | 11/19/2016 0:00 | $ | 733.22 | DJO, LLC | | |
| | 2 ACHDJO11072016- 1A | 11/7/2016 0:00 | $ | 841.14 | DJO, LLC | | |
| | 2 ACHDJO10192016A | 10/19/2016 0:00 | $ | 846.55 | DJO, LLC | | |
| | 5 DJOCC12062016A | 12/6/2016 0:00 | $ | 847.00 | DJO, LLC | | |
| | 2 ACHDJO10232016A | 10/23/2016 19:15 | $ | 995.45 | DJO, LLC | | |
| | 2 ACHDJO11142016A | 11/14/2016 0:00 | $ | 1,129.68 | DJO, LLC | | |
| Dun & Bradstreet | 7500 | services | | | 5210 E Williams Circle Suite 15 | Tucson | AZ | 85711 |
| | Paid with Behalf CC | 12/29/2016 0:00 | $ | 7,500.00 | Dun & Bradstreet | | |
| Dynarex Corporation | 7734.15 | supplier | | | PO Box 712454 | Cincinnati | OH | 45271-2454 |
| | 2 006320 | 10/13/2016 12:50 | $ | 3,000.00 | Dynarex Corporation | | |
| | 1 002742 | 12/15/2016 7:06 | $ | 4,734.15 | Dynarex Corporation | | |
| Epicor Software Corporation | 16533 | services | | | PO Box 671069 | Dallas | TX | 75267-1069 |
| | 1 002771 | 12/29/2016 17:23 | $ | 6,525.00 | Epicor Software Corporation | | |
| | 2 006359 | 10/25/2016 17:20 | $ | 10,008.00 | Epicor Software Corporation | | |
| Federal Express Corporation | 31311.14 | services | | | PO Box 223125 | Pittsburgh | PA | 15251 |
| | 2 ACHFedex10272016A | 10/28/2016 9:19 | $ | 9,043.98 | Federal Express Corporation | | |
| | 5 FEDXCaponeCC10282016A | 10/31/2016 12:51 | $ | 10,762.20 | Federal Express Corporation | | |
| | 2 ACHFEDEX10142016A | 10/14/2016 13:49 | $ | 11,504.96 | Federal Express Corporation | | |
| GreatAmerica Financial Services | 34725.52 | other-software financing | | | P.O Box 660831 | Dallas | TX | 75266-0831 |
| | 1 ACHGRTAMR11232016A | 11/23/2016 0:00 | $ | 34,725.52 | GreatAmerica Financial Services | | |
| ILM Stationers | 9886.16 | supplier | | | 305 Raleigh Street, unit B | Wilmington | NC | 910.383.1725 |
| | 1 002676 | 11/15/2016 13:11 | $ | 985.64 | ILM Stationers | | |
| | 1 002692 | 11/23/2016 11:44 | $ | 1,166.40 | ILM Stationers | | |
| | 2 006348 | 10/20/2016 15:59 | $ | 1,166.40 | ILM Stationers | | |
| | 2 006363 | 10/27/2016 10:28 | $ | 1,866.68 | ILM Stationers | | |
| | 1 002718 | 12/6/2016 11:45 | $ | 2,332.80 | ILM Stationers | | |
| | 1 002744 | 12/15/2016 7:38 | $ | 2,368.24 | ILM Stationers | | |
| Insource | 136458.18 | supplier | | | Box 382023 | Pittsburgh | PA | 15250-2028 |
| | 4 INSAMEX11172016A | 11/17/2016 0:00 | $ | 12.43 | Insource | | |
| | 1 002747 | 12/15/2016 15:46 | $ | 22.20 | Insource | | |
| | 1 002668 | 11/7/2016 10:08 | $ | 27.91 | Insource | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4 INSAMEX11112016A | | 11/11/2016 0:00 | $ | 31.25 | Insource | | |
| | 4 INSAMEX11152016A | | 1/8/2017 21:55 | $ | 34.90 | Insource | | |
| | 4 INSAMEX11302016A | | 11/30/2016 0:00 | $ | 39.26 | Insource | | |
| | 1 ACHINS12282016A | | 12/28/2016 0:00 | $ | 47.15 | Insource | | |
| | 1 002746 | | 12/15/2016 13:09 | $ | 65.66 | Insource | | |
| | 2 006367 | | 10/31/2016 15:21 | $ | 123.75 | Insource | | |
| | 4 INSAMEX11222016A | | 11/22/2016 0:00 | $ | 147.84 | Insource | | |
| | 4 INSAMEX10142016A | | 10/14/2016 0:00 | $ | 158.42 | Insource | | |
| | 4 INSAMEX10182016A | | 10/18/2016 0:00 | $ | 187.50 | Insource | | |
| | 4 INSAMEX11142016A | | 11/14/2016 0:00 | $ | 2,704.26 | Insource | | |
| | 4 INSAMEX11232016A | | 11/23/2016 0:00 | $ | 2,849.81 | Insource | | |
| | 4 INSAMEX11292016A | | 11/25/2016 0:00 | $ | 3,380.37 | Insource | | |
| | 2 006343 | | 10/20/2016 15:25 | $ | 3,866.44 | Insource | | |
| | 2 006319 | | 10/13/2016 9:58 | $ | 7,531.72 | Insource | | |
| | 4 INSAMEX11102016A | | 11/30/2016 0:00 | $ | 7,967.23 | Insource | | |
| | 1 002713 | | 12/1/2016 15:25 | $ | 8,116.02 | Insource | | |
| | 1 002720 | | 12/8/2016 15:46 | $ | 8,570.63 | Insource | | |
| | 1 002723 | | 12/9/2016 14:33 | $ | 10,711.53 | Insource | | |
| | 2 ACHINSdraft11012016A | | 11/2/2016 16:51 | $ | 10,711.53 | Insource | | |
| | 2 006357 | | 10/25/2016 15:20 | $ | 10,758.30 | Insource | | |
| | 1 002683 | | 11/18/2016 10:28 | $ | 11,413.52 | Insource | | |
| | 1 002766 | | 12/22/2016 0:00 | $ | 12,898.14 | Insource | | |
| | 2 006375 | | 11/2/2016 16:57 | $ | 17,014.74 | Insource | | |
| | 1 002729 | | 12/13/2016 16:21 | $ | 17,065.67 | Insource | | |
| Magellan Diagnostics | | 7650 | supplier | | | 75 Remittance Drive,Dept 6611 Chicago | IL | 60675 |
| | 2 006329 | | 10/13/2016 17:49 | $ | 1,939.00 | Magellan Diagnostics | | |
| | 1 ACHMagellan12052016A | | 12/5/2016 0:00 | $ | 2,051.00 | Magellan Diagnostics | | |
| | 4 AmexMagelllan1042016A | | 1/4/2017 9:47 | $ | 3,660.00 | Magellan Diagnostics | | |
| Mammoth Medical | | 8964.86 | supplier | | | PO Box 1000, Dept #395 | Memphis | Tn | 38148 |
| | 1 002693 | | 11/28/2016 14:30 | $ | 716.40 | Mammoth Medical | | |
| | 9 AChMammoth11112017A | | 1/11/2017 14:20 | $ | 3,256.51 | Mammoth Medical | | |
| | 1 002680 | | 11/18/2016 10:16 | $ | 4,991.95 | Mammoth Medical | | |
| MedChain Supply Division of NDC | | 7137.97 | supplier | | | PO Box 842818 | Boston | MA | 02284-2818 |
| | 1 002759 | | 12/21/2016 16:54 | $ | 64.33 | MedChain Supply Division of NDC | | |
| | 1 002670 | | 11/7/2016 11:13 | $ | 68.50 | MedChain Supply Division of NDC | | |
| | 1 002758 | | 12/21/2016 16:06 | $ | 231.41 | MedChain Supply Division of NDC | | |
| | 2 006369 | | 11/2/2016 11:55 | $ | 427.30 | MedChain Supply Division of NDC | | |
| | 1 002712 | | 11/30/2016 17:06 | $ | 442.50 | MedChain Supply Division of NDC | | |
| | 1 002685 | | 11/18/2016 12:54 | $ | 476.95 | MedChain Supply Division of NDC | | |
| | 2 006350 | | 10/20/2016 16:25 | $ | 1,134.13 | MedChain Supply Division of NDC | | |
| | 1 002741 | | 12/14/2016 15:39 | $ | 1,288.50 | MedChain Supply Division of NDC | | |
| | 2 006333 | | 10/14/2016 11:17 | $ | 1,395.33 | MedChain Supply Division of NDC | | |
| | 2 006370 | | 11/2/2016 11:56 | $ | 1,609.02 | MedChain Supply Division of NDC | | |
| Medworld Supply, Inc. | | 20338.21 | supplier | | | 168 10th Street | Brroklyn | NY | 11215 |
| | 2 006327 | | 10/13/2016 17:18 | $ | 244.66 | Medworld Supply, Inc. | | |
| | 1 002678 | | 11/17/2016 15:22 | $ | 1,413.49 | Medworld Supply, Inc. | | |
| | 1 002740 | | 12/14/2016 15:38 | $ | 2,592.50 | Medworld Supply, Inc. | | |
| | 4 MedworAmex11062016A | | 11/18/2016 0:00 | $ | 2,700.66 | Medworld Supply, Inc. | | |
| | 1 002772 | | 12/29/2016 19:49 | $ | 2,931.11 | Medworld Supply, Inc. | | |
| | 2 006378 | | 11/9/2016 14:56 | $ | 5,116.08 | Medworld Supply, Inc. | | |
| | 1 002715 | | 12/2/2016 13:59 | $ | 5,339.71 | Medworld Supply, Inc. | | |
| Midmark Corporation | | 7575.69 | supplier | | | PO Box 842268 | Boston | MA | 02284-2268 |
| | 2 ACHMidmark10242016A | | 10/24/2016 17:54 | $ | 3,164.01 | Midmark Corporation | | |
| | 1 002783 | | 1/6/2017 12:53 | $ | 4,411.68 | Midmark Corporation | | |
| NC State Employees Credit Union /Read F | | 25959.31 | other-supplies&expenses | | | 3500 Converse Drive | Wilmington | NC | 28403 |
| | 1 002703 | | 11/30/2016 14:29 | $ | 6,500.00 | NC State Employees Credit Union | | |
| | 2 006324 | | 10/13/2016 16:16 | $ | 9,518.18 | NC State Employees Credit Union | | |
| | 1 002738 | | 12/14/2016 15:17 | $ | 9,941.13 | NC State Employees Credit Union | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NDC, Inc. | | 311789.2 | supplier | 407 New Sanford Road | LaVergne | tn | 37086 |
| 1 | 002674 | 11/11/2016 16:51 | $ 1.00 | NDC, Inc. | | |
| 2 | 006321 | 10/13/2016 15:50 | $ 7.36 | NDC, Inc. | | |
| 2 | 006345 | 10/20/2016 15:30 | $ 15.75 | NDC, Inc. | | |
| 1 | 002663 | 11/4/2016 13:17 | $ 117.43 | NDC, Inc. | | |
| 1 | 003007M | 1/10/2017 16:57 | $ 292.50 | NDC, Inc. | | |
| 2 | 006362 | 10/24/2016 0:00 | $ 881.15 | NDC, Inc. | | |
| 1 | 002725 | 12/9/2016 16:46 | $ 1,096.26 | NDC, Inc. | | |
| 2 | 006379 | 11/9/2016 15:08 | $ 1,237.25 | NDC, Inc. | | |
| 1 | 002671 | 11/7/2016 17:41 | $ 1,549.02 | NDC, Inc. | | |
| 2 | 006349 | 10/20/2016 16:22 | $ 1,630.36 | NDC, Inc. | | |
| 2 | 006368 | 11/2/2016 11:49 | $ 2,092.24 | NDC, Inc. | | |
| 1 | 002711 | 11/30/2016 16:42 | $ 2,263.39 | NDC, Inc. | | |
| 1 | 002735 | 12/14/2016 15:00 | $ 2,353.99 | NDC, Inc. | | |
| 1 | 002732 | 12/13/2016 17:45 | $ 4,159.27 | NDC, Inc. | | |
| 2 | 006317 | 10/12/2016 15:17 | $ 4,435.55 | NDC, Inc. | | |
| 9 | 003002 | 1/4/2017 17:57 | $ 5,195.33 | NDC, Inc. | | |
| 1 | 002731 | 12/13/2016 17:01 | $ 12,131.69 | NDC, Inc. | | |
| 1 | 002684 | 11/18/2016 11:43 | $ 14,033.26 | NDC, Inc. | | |
| 1 | 002722 | 12/9/2016 14:31 | $ 19,989.00 | NDC, Inc. | | |
| 9 | 003009 | 1/11/2017 15:20 | $ 20,446.33 | NDC, Inc. | | |
| 1 | 002764 | 12/21/2016 18:13 | $ 21,127.59 | NDC, Inc. | | |
| 1 | 002709 | 11/30/2016 16:24 | $ 22,619.30 | NDC, Inc. | | |
| 9 | 003001 | 1/4/2017 17:51 | $ 23,120.66 | NDC, Inc. | | |
| 2 | 006364 | 10/27/2016 12:34 | $ 23,801.94 | NDC, Inc. | | |
| 1 | 002662M | 11/4/2016 13:15 | $ 24,001.57 | NDC, Inc. | | |
| 2 | 006380 | 11/9/2016 15:00 | $ 24,152.74 | NDC, Inc. | | |
| 1 | 002667 | 11/4/2016 16:19 | $ 24,652.26 | NDC, Inc. | | |
| 1 | 002761 | 12/21/2016 17:34 | $ 27,154.98 | NDC, Inc. | | |
| 2 | 006344 | 10/20/2016 15:26 | $ 27,230.03 | NDC, Inc. | | |
| North Carolina Department of Revenue | | 20731.37 | State Sales Tax | 3340 Jaeckle Drive Suie 202 | Wilmington | NC | 28403 |
| 1 | ACHNCDOR12152016A | 12/22/2016 17:04 | $ 1,200.00 | North Carolina Department of Revenue | | |
| 1 | ACHNCDOR11222016A | 11/22/2016 0:00 | $ 9,585.61 | North Carolina Department of Revenue | | |
| 2 | ACHNCTAX10252016A | 10/25/2016 0:00 | $ 9,945.76 | North Carolina Department of Revenue | | |
| Seacoast Medical | | 174965.02 | supplier | 13308 Chandler Road | Omaha | NE | 68138 |
| 4 | SCMAmexFee12-29-2016A | 12/29/2016 20:34 | $ 327.65 | Seacoast Medical | | |
| 4 | SCMAmexCC11112016A | 11/11/2016 0:00 | $ 387.80 | Seacoast Medical | | |
| 4 | SCMamex 1042017A | 1/4/2017 0:00 | $ 407.91 | Seacoast Medical | | |
| 2 | 006361 | 10/26/2016 13:18 | $ 2,332.09 | Seacoast Medical | | |
| 1 | 002710 | 11/30/2016 14:33 | $ 4,121.84 | Seacoast Medical | | |
| 2 | 006342 | 10/19/2016 17:34 | $ 8,774.24 | Seacoast Medical | | |
| 1 | 002701 | 11/23/2016 0:00 | $ 9,228.16 | Seacoast Medical | | |
| 1 | 002757 | 12/21/2016 15:27 | $ 9,334.06 | Seacoast Medical | | |
| 1 | 002739 | 12/14/2016 15:20 | $ 10,424.29 | Seacoast Medical | | |
| 4 | SCMAmex12-29-2016A | 12/29/2016 0:00 | $ 10,921.75 | Seacoast Medical | | |
| 4 | SCMAMEX11112016A | 11/11/2016 16:26 | $ 12,926.89 | Seacoast Medical | | |
| 4 | SCMCLS01042017A | 1/9/2017 14:51 | $ 13,097.21 | Seacoast Medical | | |
| 4 | SCMAMEX01042017A | 1/4/2017 0:00 | $ 13,597.14 | Seacoast Medical | | |
| 1 | 002679 | 11/17/2016 17:28 | $ 14,055.82 | Seacoast Medical | | |
| 1 | 002721 | 12/8/2016 16:02 | $ 14,612.70 | Seacoast Medical | | |
| 9 | 003010 | 1/11/2017 14:40 | $ 14,886.48 | Seacoast Medical | | |
| 2 | 006374 | 11/2/2016 15:30 | $ 16,115.58 | Seacoast Medical | | |
| 2 | 006326 | 10/13/2016 16:34 | $ 19,413.41 | Seacoast Medical | | |
| Smiths Medical ASD, Inc. | | 51580.31 | supplier | 5200 Upper Metro Place | Dulin | OH | 43017 |
| 2 | 006337 | 10/14/2016 13:38 | $ 969.50 | Smiths Medical ASD, Inc. | | |
| 1 | 002707 | 11/30/2016 15:52 | $ 1,685.00 | Smiths Medical ASD, Inc. | | |
| 1 | 002682 | 11/18/2016 10:18 | $ 2,081.50 | Smiths Medical ASD, Inc. | | |
| 1 | 002708 | 11/30/2016 15:57 | $ 2,507.15 | Smiths Medical ASD, Inc. | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 002706 | | 11/30/2016 14:32 | $ 2,656.98 | Smiths Medical ASD, Inc. | | | |
| | 2 006328 | | 10/13/2016 17:18 | $ 2,656.98 | Smiths Medical ASD, Inc. | | | |
| | 2 006346 | | 10/20/2016 15:32 | $ 2,656.98 | Smiths Medical ASD, Inc. | | | |
| | 1 002681 | | 11/18/2016 10:17 | $ 2,657.02 | Smiths Medical ASD, Inc. | | | |
| | 2 006334 | | 10/14/2016 11:24 | $ 2,752.25 | Smiths Medical ASD, Inc. | | | |
| | 4 SmithsQMEX01042017A | | 1/9/2017 14:30 | $ 2,850.66 | Smiths Medical ASD, Inc. | | | |
| | 1 002673 | | 11/9/2016 10:39 | $ 3,923.98 | Smiths Medical ASD, Inc. | | | |
| | 4 SmithsAmex12312016A | | 12/31/2016 0:00 | $ 5,223.69 | Smiths Medical ASD, Inc. | | | |
| | 1 002664 | | 11/4/2016 13:41 | $ 8,815.71 | Smiths Medical ASD, Inc. | | | |
| | 1 002736 | | 12/14/2016 15:10 | $ 10,142.91 | Smiths Medical ASD, Inc. | | | |
| Sound Medical | 24752.11 | services-expenses misc vendors | | | | | | |
| | 1 ACHATMFee12162016A | | 12/17/2016 11:53 | $ 3.00 | Sound Medical | | | |
| | 4 AdobeAmex11072016A | | 11/7/2016 0:00 | $ 16.04 | Sound Medical | | | |
| | 4 AdobeAmex11132016A | | 11/13/2016 0:00 | $ 16.04 | Sound Medical | | | |
| | 1 ACHBLkTires12092016A | | 12/9/2016 0:00 | $ 30.00 | Sound Medical | | | |
| | 1 ACHBLkrland11032016A | | 11/3/2016 0:00 | $ 38.34 | Sound Medical | | | |
| | 5 DropboxCLS11112016A | | 11/11/2016 0:00 | $ 99.00 | Sound Medical | | | |
| | 2 PanterAMEXCC10182016A | | 10/28/2016 0:00 | $ 425.72 | Sound Medical | | | |
| | 4 PantherAmex11152016A | | 11/15/2016 0:00 | $ 425.72 | Sound Medical | | | |
| | 1 ACHAmerAir12132016A | | 12/15/2016 20:56 | $ 438.20 | Sound Medical | | | |
| | 1 002756 | | 12/20/2016 12:50 | $ 2,100.00 | Sound Medical | | | |
| | 1 002666 | | 11/4/2016 14:29 | $ 3,683.98 | Sound Medical | | | |
| | 2 006382 | | 11/9/2016 17:13 | $ 3,756.07 | Sound Medical | | | |
| | 2 006358 | | 10/25/2016 15:36 | $ 5,000.00 | Sound Medical/Atty: | | | |
| | 4 LakeHousAMEX11222016A | | 11/22/2016 0:00 | $ 8,720.00 | Sound Medical | | | |
| TN Department of Revenue | 27971.81 | State Sales Tax | | | Tennessee Depart of Revenue | Andrew Jackson | Nashville | TN |
| | 2 006365 | | 10/26/2016 0:00 | $ 3,400.00 | TN Department of Revenue | | | |
| | 2 ACHTNDOR10172016A | | 10/17/2016 0:00 | $ 3,484.66 | TN Department of Revenue | | | |
| | 2 ACHTNDOR11012016A | | 11/1/2016 0:00 | $ 3,500.00 | TN Department of Revenue | | | |
| | 4 TNDORAMEX11142016A | | 11/14/2016 0:00 | $ 3,587.15 | TN Department of Revenue | | | |
| | 1 ACHTNDOR11222016A | | 11/22/2016 0:00 | $ 7,000.00 | TN Department of Revenue | | | |
| | 1 ACHTNDOR12022016A | | 12/2/2016 0:00 | $ 7,000.00 | TN Department of Revenue | | | |
| Toyota (closed) Financial Services | 31000.6 | other-equipment loans | | | Dept 2431 | Carol Stream | IL | 60132-2431 |
| | 1 ACHTOYFORKLIFTA | | 11/18/2016 0:00 | $ 3,772.23 | Toyota (closed) Financial Services | | | |
| | 1 ToyotaOP#2PayoffA | | 11/18/2016 0:00 | $ 4,713.73 | Toyota (closed) Financial Services | | | |
| | 1 ACHToyotaRack#2A | | 11/18/2016 0:00 | $ 4,848.69 | Toyota (closed) Financial Services | | | |
| | 1 ACHToyotaOP#1A | | 11/18/2016 0:00 | $ 5,396.38 | Toyota (closed) Financial Services | | | |
| | 1 ACHToyotaLoanPmtA | | 11/22/2016 0:00 | $ 5,959.32 | Toyota (closed) Financial Services | | | |
| | 1 ACHToyotaLoanPayoffA | | 12/4/2016 0:03 | $ 6,310.25 | Toyota (closed) Financial Services | | | |
| US Diagnostics | 13108.53 | supplier | | | 2 parade Str | Huntsville | AL | 35806 |
| | 1 002714 | | 12/2/2016 13:55 | $ 5,736.55 | US Diagnostics | | | |
| | 1 002672 | | 11/9/2016 7:57 | $ 7,371.98 | US Diagnostics | | 122022 | 7371.98 First Citizens Bank |

| **MCAs** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Platinum | 48571.38 | unsecured loan repaym | Sound Medica | see General Journal Sheets | Alyssia Bartone | 348 RXR Pla | Uniondale |
| Capacity | 94341.06 | unsecured loan repaym | CAP1556 | see General Journal Sheets | Eric H Keiter | 7 Renaissar | White Plains |
| EBF | 45748.41 | unsecured loan repaym | Closed-sound | see General Journal Sheets | Everest Business | 201NW 10 | Miami |
| Knight | 229679.19 | unsecured loan repaym | Closed-20680 | see General Journal Sheets | Knight Captial Fur | 9 East Loo | Dover |
| Windset | 32694.61 | unsecured loan repaym | Closed-contra | see General Journal Sheets | Windset Captial C | 4168 West | Riverton |
| Webbank | 66264.11 | unsecured loan repaym | Closed-28180 | see General Journal Sheets | | | |

| ABL Lender | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sterling | 1081324.13 | secured debt | | Closed | see General Journal Sheets | | |

| Columbus properties/First Citizens Bank | 10300 | other-rent | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 002687 | | 11/18/2016 16:06 | $ 5,150.00 | Sound Medical | | 100224 | 5150 First Citizens Bank |
| | 2 006338 | | 10/14/2016 13:43 | $ 5,150.00 | Sound Medical | | 100224 | 5150 South State Bank |

**Exhibit B**
**SFA - Q.4 & Q. 30**
**Payments made to insiders-Read Patterson**

| check_no | check_date | amt | bank_name | Payroll | Loan Repaymt | AP-Exp/ Repaymt | Acc'd wage repay. |
|---|---|---|---|---|---|---|---|
| 003934 | 2/2/2015 12:04 | $  2,751.42 | SSB-3790 | | | | |
| 004000 | 2/27/2015 11:10 | $  2,650.16 | SSB-3790 | | | | |
| 004075 | 3/23/2015 12:46 | $  5,030.04 | SSB-3790 | | | | |
| 004111 | 4/2/2015 11:11 | $  3,393.57 | SSB-3790 | | | | |
| 004133 | 4/16/2015 7:37 | $  5,000.00 | SSB-3790 | | | | |
| 004188 | 4/22/2015 13:50 | $  5,888.82 | SSB-3790 | | | | |
| 004243 | 5/5/2015 10:23 | $  1,742.74 | SSB-3790 | | | | |
| 004244 | 5/7/2015 14:58 | $     980.51 | SSB-3790 | | | | |
| 004316 | 6/1/2015 12:26 | $  3,880.44 | SSB-3790 | | | | |
| 004376 | 6/4/2015 15:17 | $  2,000.00 | SSB-3790 | | | | |
| 004650 | 7/7/2015 12:28 | $  3,934.27 | SSB-3790 | | | | |
| 004805 | 7/31/2015 14:09 | $ 16,079.80 | SSB-3790 | | | | |
| 004817 | 8/4/2015 11:32 | $  3,254.61 | SSB-3790 | | | | |
| 005010 | 9/1/2015 9:39 | $  2,255.18 | SSB-3790 | | | | |
| 005036 | 9/17/2015 15:34 | $  2,500.00 | SSB-3790 | | | $  2,500.00 | |
| 005159 | 9/30/2015 14:45 | $  1,702.80 | SSB-3790 | | | $  1,702.80 | |
| 100615072841 | 10/6/2015 7:26 | $         - | SSB-3790 | | | | |
| 005352 | 11/2/2015 12:32 | $  1,719.92 | SSB-3790 | | | $  1,719.92 | |
| 005460 | 11/30/2015 12:54 | $  2,102.03 | SSB-3790 | | | $  2,102.03 | |
| 005588 | 1/29/2016 14:45 | $  7,701.06 | SSB-3790 | | | $  7,701.06 | |
| 005664 | 2/8/2016 17:40 | $  1,527.89 | SSB-3790 | | | $  1,527.89 | |
| 005699 | 3/3/2016 10:35 | $     259.86 | SSB-3790 | | | $     259.86 | |
| 005733 | 3/14/2016 14:38 | $     800.00 | SSB-3790 | | | $     800.00 | |
| 005813 | 4/4/2016 8:49 | $     122.26 | SSB-3790 | | | $     122.26 | |
| RP ATM-ADV 4/11/16A | 4/11/2016 0:00 | $     500.00 | SSB-3790 | | | $     500.00 | |
| 005862 | 4/29/2016 0:00 | $  5,600.00 | SSB-3790 | $  4,400.00 | $  1,200.00 | | |
| 005863 | 4/29/2016 0:00 | $     800.00 | SSB-3790 | $     800.00 | | | |
| 005864 | 4/29/2016 0:00 | $  3,600.00 | SSB-3790 | $  3,600.00 | | | |
| 005872 | 5/5/2016 10:18 | $  6,000.00 | SSB-3790 | $  1,200.00 | $  3,800.00 | | |
| 005881 | 5/11/2016 14:52 | $ 14,531.97 | SSB-3790 | | $ 14,531.97 | | |
| 005901 | 5/26/2016 12:59 | $  6,000.00 | SSB-3790 | | | $  6,000.00 | |
| 005902 | 5/26/2016 13:00 | $ 11,000.00 | SSB-3790 | $ 10,000.00 | | $  1,000.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 005927 | 6/8/2016 15:35 | $ 10,000.00 | SSB-3790 | $ 10,000.00 | | | |
| 005934 | 6/13/2016 14:13 | $ 5,000.00 | SSB-3790 | | $ 5,000.00 | $ 5,000.00 | |
| 005943 | 6/15/2016 13:23 | $ 5,975.34 | SSB-3790 | | $ 5,975.34 | | |
| 005986 | 6/30/2016 14:44 | $ 17,849.95 | SSB-3790 | | $ 17,849.95 | | |
| ACHCashADv71816A | 7/18/2016 0:00 | $ 600.00 | SSB-3790 | | $ 600.00 | | |
| 006037 | 7/25/2016 14:44 | $ 1,726.37 | SSB-3790 | | $ 1,726.37 | | |
| 006065 | 7/31/2016 0:00 | $ 10,000.00 | SSB-3790 | $ 10,000.00 | | | |
| 006066 | 7/31/2016 0:00 | $ 6,500.00 | SSB-3790 | | $ 6,500.00 | | |
| 006120 | 8/16/2016 14:52 | $ 4,000.00 | SSB-3790 | | $ 4,000.00 | | |
| 006188 | 8/31/2016 0:00 | $ 10,000.00 | SSB-3790 | $ 10,000.00 | | | |
| 006189 | 9/2/2016 11:11 | $ 6,500.00 | SSB-3790 | | $ 6,500.00 | | |
| 006190 | 9/2/2016 11:12 | $ 1,500.00 | SSB-3790 | | | $ 1,500.00 | |
| ACHRPMEDCOR 097201 | 9/8/2016 9:59 | $ 300.00 | SSB-3790 | | | $ 300.00 | |
| ACHMedcor2 9072016A | 9/8/2016 10:06 | $ 500.00 | SSB-3790 | | | $ 500.00 | |
| ACHCashATM09262016A | 9/26/2016 0:00 | $ 500.00 | SSB-3790 | | | $ 500.00 | |
| ACHCASHATM10062016 | 10/6/2016 10:50 | $ 500.00 | SSB-3790 | | | $ 500.00 | |
| 006307 | 10/7/2016 12:21 | $ 1,500.00 | SSB-3790 | | | $ 1,500.00 | |
| 006308 | 10/7/2016 12:22 | $ 6,700.00 | SSB-3790 | | $ 5,000.00 | $ 1,700.00 | |
| 006309 | 10/7/2016 12:22 | $ 4,000.00 | SSB-3790 | | $ 4,000.00 | | |
| 101316102901 | 10/13/2016 10:25 | $ - | SSB-3790 | | | | |
| 006323 | 10/13/2016 16:10 | $ 4,000.00 | SSB-3790 | | $ 4,000.00 | | |
| ACHRPCashAdv1017201 | 10/17/2016 0:00 | $ 600.00 | SSB-3790 | | | $ 500.00 | |
| 006353 | 10/24/2016 15:49 | $ 3,000.00 | SSB-3790 | $ 3,000.00 | | | |
| 006371 | 10/31/2016 0:00 | $ 6,500.00 | SSB-3790 | $ 6,500.00 | | | |
| 006373 | 10/31/2016 0:00 | $ 1,500.00 | SSB-3790 | $ 500.00 | | $ 1,000.00 | |
| 110216130801 | 10/31/2016 0:00 | $ 6,060.86 | SSB-3790 | | | $ 6,060.86 | |
| 111016133921 | 10/31/2016 0:00 | $ 9,518.18 | SSB-3790 | | | $ 9,518.18 | |
| 002661 | 11/3/2016 15:58 | $ 8,000.00 | FCB-7620 | $ 8,000.00 | | | |
| 002705 | 11/30/2016 14:30 | $ 3,550.00 | FCB-7620 | $ 2,000.00 | $ 1,550.00 | | |
| 002704 | 11/30/2016 14:30 | $ 1,200.00 | FCB-7620 | | | $ 1,200.00 | |
| 002703 - to NCSECU | 11/30/2016 14:30 | $ 6,500.00 | FCB-7620 | | | $ 6,500.00 | |
| ACHCashATM12082016A | 12/8/2016 0:00 | $ 500.00 | FCB-7620 | | | $ 500.00 | |
| 002727 | 12/12/2016 16:47 | $ 1,262.88 | FCB-7620 | | | $ 1,262.88 | |
| 002734 | 12/14/2016 9:59 | $ 5,000.00 | FCB-7620 | | | $ 5,000.00 | |
| ACHBARCLAYCARDRPA | 12/16/2016 0:00 | $ 7,715.23 | FCB-7620 | | | $ 7,715.23 | |
| ACHCREDITONEBANKR | 12/16/2016 0:00 | $ 1,923.33 | FCB-7620 | | | $ 1,923.33 | |
| ATMCASHRP12162016A | 12/17/2016 11:54 | $ 500.00 | FCB-7620 | | | $ 500.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACHCAPITALONERP12- | 12/19/2016 15:25 | $ 505.25 | FCB-7620 | | | $ 505.25 | |
| 002774 | 12/31/2016 10:23 | $ 1,250.00 | FCB-7620 | | | | $ 1,250.00 |
| ACHRPPayroll 152017A | 1/5/2017 16:44 | $ 4,000.00 | FCB-7620 | $ 4,000.00 | | | |
| ACHRPPayroll 152017-A | 1/5/2017 16:47 | $ 8,000.00 | FCB-7620 | $ 8,000.00 | | | |
| 002784 | 1/6/2017 13:26 | $ 8,000.00 | FCB-7620 | $ 8,000.00 | | | |
| 002785 | 1/6/2017 13:45 | $ 1,853.75 | FCB-7620 | | | $ 1,853.75 | |
| TOTALS: | | | | $ 90,000.00 | $ 82,233.63 | $ 81,475.30 | $ 1,250.00 |

In addition, payments have been made to creditors that D. Read Patterson, II guaranteed.  See Schedule H for a list of creditors whose claims were guaranteed by D. Read Patterson, II.

# United States Bankruptcy Court
## Eastern District of North Carolina - Wilmington Division

In re    Sound Medical Supply Partners, LLC

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Atlantic Coast Orthopaedic Medical Supplies, Inc. Attn:  Manager or Agent 6510 Northpark Blvd. Charlotte, NC 28216 | | | |
| D. Read Patterson, II 905 Twisted Oak Place Wilmington, NC 28405 | | | |
| Wilmington Health, PLLC Attn:  Manager or Agent 1202 Medical Center Drive Wilmington, NC 28401 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO and Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    January 13, 2017

Signature    /s/ D. Read Patterson, II

D. Read Patterson, II

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of North Carolina - Wilmington Division

In re    Sound Medical Supply Partners, LLC                                    Case No.

_____                                    Chapter    11
                                 Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the CEO and Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    January 13, 2017                    /s/ D. Read Patterson, II
_____            _____
                                     D. Read Patterson, II/CEO and Managing Member
                                     Signer/Title

SOUND MEDICAL SUPPLY PARTNERS, LLC
1930 OLEANDER DRIVE
WILMINGTON, NC 28403

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

N.C. DEPT. OF COMMERCE, DES
ATTN:  MANAGER OR AGENT
P.O. BOX 26504
RALEIGH, NC 27611

ACCIDENT FUND
ATTN:  MANAGER OR AGENT
P.O. BOX 40790
LANSING, MI 48901-7990

ACCUTOME, INC.
ATTN:  MANAGER OR AGENT
3222 PHOENIXVILLE PIKE
MALVERN, PA 19355

ADENNA
ATTN:  MANAGER OR AGENT
201 SOUTH MAILLIKEN AVENUE
ONTARIO, CA 91761

AKORN, INC.
ATTN:  MANAGER OR AGENT
1924 WEST FIELD COURT
LAKE FOREST, IL 60045

ALLIANCE TECH MEDICAL
ATTN:  MANAGER OR AGENT
P.O. BOX 6024
GRANBURY, TX 76049

ALLY FINANCIAL
ATTN: MANAGING AGENT
P. O. BOX 380901
BLOOMINGTON, MN 55438

AMBU, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 347818
PITTSBURGH, PA 15251-4818

AMERICAN EXPRESS
ATTN:  MANAGER OR AGENT
P.O. BOX 981540
EL PASO, TX 79998-1540

AMERICOURCEBERGEN
ATTN:  MANAGER OR AGENT
P.O. BOX 503270
SAINT LOUIS, MO 63150-3270

ANDOVER HEALTHCARE
ATTN:  MANAGER OR AGENT
9 FANARAS DRIVE
SALISBURY, MA 01952

ATLANTIC COAST ORTHOPAEDIC
MEDICAL SUPPLIES, INC.
ATTN:  MANAGER OR AGENT
6510 NORTHPARK BLVD.
CHARLOTTE, NC 28216

AVALON PAPERS, LLC
ATTN:  MANAGER OR AGENT
P.O. BOX 3967
OSHKOSH, WI 54903-3967

BARD MEDICAL
ATTN:  MANAGER OR AGENT
P.O. BOX 75767
CHARLOTTE, NC 28275

BEHALF CREDIT
ATTN:  MANAGER OR AGENT
126 5TH AVENUE
NEW YORK, NY 10011

BELL MEDICAL SERVICES
ATTN:  MANAGER OR AGENT
120 BENDERBURG
MARLBORO, NJ 07746

BIOLIFE, LLC
ATTN:  MANAGER OR AGENT
8163 25TH COURT E
SARASOTA, FL 34243

BIONIX DEVELOPMENT CORP.
ATTN:  MANAGER OR AGENT
5154 ENTERPRISE BLVD.
TOLEDO, OH 43612

BIOSEAL
ATTN:  MANAGER OR AGENT
167 WEST ORANGETHORPE AVE.
PLACENTIA, CA 92870

BLEDSOE BRACE SYSTEMS
ATTN:  MANAGER OR AGENT
2601 PINEWOOD DRIVE
GRAND PRAIRIE, TX 75051

BMW BANK OF NORTH AMERIC
ATTN:  MANAGER OR AGENT
P.O. BOX 78066
PHOENIX, AZ 85062-8066

BSN MEDICAL, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 751766
CHARLOTTE, NC 28275-1766

C-CORE MEDICAL
ATTN:  MANAGER OR AGENT
P.O. BOX 471492
LAKE MONROE, FL 32747

CALGONATE CORP.
ATTN:  MANAGER OR AGENT
1391 NW ST. LUCIE WEST BLVD
#303
PORT SAINT LUCIE, FL 34986

CAPACITY FUNDING, LLC
ATTN:  MANAGER OR AGENT
7 RENAISSANCE SQ., 5TH FL.
WHITE PLAINS, NY 10601

CAPITAL ONE SPARK
ATTN:  MANAGER OR AGENT
P.O. BOX 71083
CHARLOTTE, NC 28272-1083

CAPITOL VIAL
ATTN:  MANAGER OR AGENT
2039 MCMILLAN STREET
AUBURN, AL 36832

CARDINAL HEALTH
ATTN:  MANAGER OR AGENT
P.O.BOX 730112
DALLAS, TX 75373

CHATTANOOGA GROUP
ATTN:  MANAGER OR AGENT
1430 DECISION STREET
VISTA, CA 92081

CLARITY DIAGNOSTICS
ATTN:  MANAGER OR AGENT
1060 HOLLAND DRIVE
BOCA RATON, FL 33487

CLINTON INDUSTRIES, INC.
ATTN:  MANAGER OR AGENT
525 EAST MARKET STREET
YORK, PA 17403

COLUMBIA POWER & WASHER SYS
ATTN:  MANAGER OR AGENT
P.O. BOX 379
COLUMBIA, TN 38402

COLUMBUS PROPERTIES, LLC
ATTN:  DAVID SPRUNT
1201-B COLUMBUS CIRCLE
WILMINGTON, NC 28403

COPIERS PLUS, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 729
FAYETTEVILLE, NC 28302-0729

CORETEX PRODUCTS, INC.
ATTN:  MANAGER OR AGENT
FIRST GROWTH CAPITAL
LOS ANGELES, CA 90051

DIXIE EMS SUPPLY
ATTN:  MANAGER OR AGENT
10101 FOSTER AVE.
BROOKLYN, NY 11236

DYNAREX CORPORATION
ATTN:  MANAGER OR AGENT
P.O. BOX 712454
CINCINNATI, OH 45201

ENCOMPASS GROUP /
ALBAHEALTH
ATTN:  MANAGER OR AGENT
CHARLOTTE, NC 28289

ENTHERMICS MEDICAL SYSTEM
ATTN:  MANAGER OR AGENT
W164 N9221 WATER STREET
NEW HOLSTEIN, WI 53061

EPICOR SOFTWARE CORPORATION
ATTN:  MANAGER OR AGENT
P.O. BOX 671069
DALLAS, TX 75267

ERGODYNE CORPORATION
ATTN:  MANAGER OR AGENT
NW8521
MINNEAPOLIS, MN 55485

FEDERAL EXPRESS CORPORATI
ATTN:  MANAGER OR AGENT
P.O. BOX 223125
PITTSBURGH, PA 15251

FERRIS MFG CORP.
ATTN:  MANAGER OR AGENT
P.O. BOX 732507
DALLAS, TX 75373-2507

FISHER SCIENTIFIC COMPANY
ATTN:  MANAGER OR AGENT
P.O. BOX 404705
ATLANTA, GA 30384

GARLAND C. NORRIS COMPANY
ATTN:  MANAGER OR AGENT
P.O. BOX 28
APEX, NC 27502

GAVIS PHARMACEUTICALS, LLC
ATTN:  MANAGER OR AGENT
400 CAMPUS DRIVE
SOMERSET, NJ 08873

GOFIT
ATTN:  MANAGER OR AGENT
12929 E. APACHE STREET
TULSA, OK 74116

GRAHAM FIELD
ATTN:  MANAGER OR AGENT
2935 NORTHEAST PARKWAY
ATLANTA, GA 30360

GRAPHIC CONTROLS
D/B/A VERMED
ATTN:  MANAGER OR AGENT
P.O. BOX 1271
BUFFALO, NY 14204

HELENA LABORATORIES
ATTN:  MANAGER OR AGENT
1530 LINDBERGH DRIVE
BEAUMONT, TX 77704-0752

HEMOSURE, INC.
ATTN:  MANAGER OR AGENT
5358 IRWINDALE AVENUE
BALDWIN PARK, CA 91706

HENRY SCHEIN, INC.
C/B/A INSOURCE
ATTN:  MANAGER OR AGENT
DEPT CH 10560
PALATINE, IL 60055

HILCO / I-PROMOTIONS
ATTN:  MANAGER OR AGENT
9522 GRAVOIS ROAD
SAINT LOUIS, MO 63123

HILEX POLY CO., LLC
ATTN:  MANAGER OR AGENT
DEPT. 720048
P.O. BOX 1335
CHARLOTTE, NC 28201

HOSPIRA
ATTN:  MANAGER OR AGENT
75 REMITTANCE DRIVE
CHICAGO, IL 60675

HUB PHARMACEUTICALS, LLC
ATTN:  MANAGER OR AGENT
9339 CHARLES SMITH AVE.
RANCHO CUCAMONGA, CA 91730

HURRICANE MEDICAL, INC.
ATTN:  MANAGER OR AGENT
5315 LENA ROAD
BRADENTON, FL 34211

INDEPENDENT PHARMA
ATTN:  MANAGER OR AGENT
854 E. CRESCENTVILLE ROAD
CINCINNATI, OH 45246

INFECTION CONTROL TECH.
ATTN:  MANAGER OR AGENT
P.O. BOX 160526
CLEARFIELD, UT 84016

INSOURCE
ATTN:  MANAGER OR AGENT
BOX 382023
PITTSBURGH, PA 15250-2028

INTERNAL REVENUE SERVICE
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD STE 102
GREENSBORO, NC 27407

J&M SUPPLY
ATTN:  MANAGER OR AGENT
2406 HIGHLAND AVENUE
COLUMBIA, TN 38401

JANT PHARMACAL CORP.
ATTN:  MANAGER OR AGENT
16530 VENTURA BLVD. #512
ENCINO, CA 91436

JOHNSON MORGAN AND WHITE
ATTN:  MANAGER OR AGENT
6800 BROKEN SOUND PARKWAY
BOCA RATON, FL 33487

KINGS CASH GROUP
ATTN:  MANAGER OR AGENT
30 BROAD STREET, 12TH FLOOR
NEW YORK, NY 10001

LAGASSE, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 532670
ATLANTA, GA 30353

LEAF FINANCIAL
ATTN:  MANAGER OR AGENT
2005 MARKET STREET, 14TH FL.
PHILADELPHIA, PA 19103

MAMMOTH MEDICAL
ATTN:  MANAGER OR AGENT
P.O. BOX 1000, SEPT #395
MEMPHIS, TN 38148

MEDCHAIN SUPPLY
ATTN:  MANAGER OR AGENT
P.O. BOX 842818
BOSTON, MA 02284-2818

MEDI NUCLEAR
ATTN:  MANAGER OR AGENT
3365 MOMENTUM PLACE
CHICAGO, IL 60689

MEDICAL ID SOLUTIONS
ATTN:  MANAGER OR AGENT
6325 MCCOY ROAD
ORLANDO, FL 32822

MEDICAL PRODUCTS, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 207
PINEY CREEK, NC 28663

MEDIQUE PRODUCTS
ATTN:  MANAGER OR AGENT
4159 SHORELINE DRIVE
EARTH CITY, MO 63045

MEDLINE INDUSTRIES, INC.
ATTN:  MANAGER OR AGENT
BOX 382075
PITTSBURGH, PA 15251-8075

MEDWORLD SUPPLY, INC.
ATTN:  MANAGER OR AGENT
168 10TH STREET
BROOKLYN, NY 11215

MERCHANT FUNDING SVCS., LLC
ATTN: MANAGER OR AGENT
ONE EVERTRUST PLAZA, STE 1401
JERSEY CITY, NJ 07302

MERIDIAN MEDICAL TECHNOLOGIES
ATTN:  MANAGER OR AGENT
6350 STEVENS FOREST ROAD
COLUMBIA, MD 21046

MICRO DIRECT
ATTN:  MANAGER OR AGENT
803 WEBSTER STREET
LEWISTON, ME 04240

MORTARA / BURDICK
ATTN:  MANAGER OR AGENT
7865 NORTH 86TH STREET
MILWAUKEE, WI 53224

MSI PRECISION SPECIALTY
INSTRUMENTS
ATTN:  MANAGER OR AGENT
1220 VALLEY FORGE RD,BLDG 34
PHOENIXVILLE, PA 19460

N.C. DEPT. OF REVENUE
ATTN: OFFICER
OFFICE SVCS DIV, BANKRUPTCYU
P. O. BOX 1168
RALEIGH, NC 27602-1168

NATUS MEDICAL, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 3604
CAROL STREAM, IL 60132

NDC, INC.
ATTN:  MANAGER OR AGENT
407 NEW SANFORD ROAD
LA VERGNE, TN 37086

NEW HANOVER CO TAX COLL
ATTN: MANAGING AGENT
PO BOX 18000
WILMINGTON, NC 28406

NIKOMED USA, INC.
ATTN:  MANAGER OR AGENT
2800 TURNPIKE DRIVE
HATBORO, PA 19040

NORTH COAST MEDICAL, INC.
ATTN:  MANAGER OR AGENT
8100 CAMINO ARROYO
GILROY, CA 95020

O'REILLY AUTO PARTS
ATTN:  MANAGER OR AGENT
P.O. BOX 1156
SPRINGFIELD, MO 65801

OCCUNOMIX INTERNATIONAL, LLC
ATTN:  MANAGER OR AGENT
3447 SOLUTIONS CENTER
CHICAGO, IL 60677

OFFICE DEPOT
ATTN:  MANAGER OR AGENT
P.O. BOX 633211
CINCINNATI, OH 45263

OMNIMED, INC.
ATTN:  MANAGER OR AGENT
800 GLEN AVENUE
MOORESTOWN, NJ 08057

ONE BEAT CPR LEARNING CTR.
ATTN:  MANAGER OR AGENT
4350 OAKES ROAD
FORT LAUDERDALE, FL 33314

OPTP
ATTN:  MANAGER OR AGENT
3800 ANAPOLIS LN, STE 165
MINNEAPOLIS, MN 55447

OVATION MEDICAL
ATTN:  MANAGER OR AGENT
P.O. BOX 745846
LOS ANGELES, CA 90074-5846

PARKER LABORATORIES, INC.
ATTN:  MANAGER OR AGENT
286 ELDRIDGE ROAD
FAIRFIELD, NJ 07004

D. READ PATTERSON, II
905 TWISTED OAK PLACE
WILMINGTON, NC 28405

PERSONNEL CONCEPTS, INC.
ATTN:  MANAGER OR AGENT
P.O. BOX 5750
CAROL STREAM, IL 60197-5750

PHILLIPS BURTON
ATTN:  MANAGER OR AGENT
21100 LASSEN STREET
CHATSWORTH, CA 91311

PHYSIO CONTROL
ATTN:  MANAGER OR AGENT
11811 WILLOWS ROAD NE
REDMOND, WA 98052

PLATINUM RAPID FUNDING
GROUP, LTD.
ATTN:  MANAGER OR AGENT
348 RXR PLAZA
UNIONDALE, NY 11556

POWER SYSTEMS
ATTN: MANAGER OR AGENT
5700 CASEY DRIVE
KNOXVILLE, TN 37909

PREVENTIA SECURITY, LLC
ATTN: MANAGER OR AGENT
P.O. BOX 1563
COLUMBIA, TN 38401

PROPPER MFG. CO., INC.
ATTN: MANAGER OR AGENT
36-04 SKILLMAN AVE.
LONG ISLAND CITY, NY 11101

PSI COLLECTIONS
ATTN: MANAGER OR AGENT
21214 SCHOFIELD DRIVE
GRETNA, NE 68028

PURITAN MEDICAL PRODUCTS
ATTN: MANAGER OR AGENT
31 SCHOOL STREET
GUILFORD, ME 04443

RETRACTABLE TECHNOLOGIES, IN
ATTN: MANAGER OR AGENT
511 LOBO LANE
LITTLE ELM, TX 75068

S.P. RICHARDS COMPANY
ATTN: MANAGER OR AGENT
P.O. BOX 1266
SMYRNA, GA 30081-1266

SCIENTIFIC SALES, INC.
ATTN: MANAGER OR AGENT
130 VALLEY COURT
OAK RIDGE, TN 37830

SENECA MEDICAL
ATTN: MANAGER OR AGENT
P.O. BOX 636705
CINCINNATI, OH 45263-6705

SHARE MOVING MEDIA, INC.
ATTN: MANAGER OR AGENT
1735 N. BROWN ROAD, SUITE 140
LAWRENCEVILLE, GA 30043

SHUTTLE SYSTEMS
ATTN: MANAGER OR AGENT
4201 GUIDE MERIDIAN, STE 101A
BELLINGHAM, WA 98226

SUMMIT FINANCIAL RESOURCES, LP
ATTN: MANAGER OR AGENT
2455 E. PARLEYS WAY
STE 200
SALT LAKE CITY, UT 84109

TELEFLEX MEDICAL INCORPORATED
ATTN: MANAGER OR AGENT
P.O. BOX 601608
CHARLOTTE, NC 28260

TENNESSEE DEPT. OF REVENUE
ATTN: MANAGER OR AGENT
ANDREW JACKSON BLDG, FL 8
500 DEADERICK STREET
NASHVILLE, TN 37242

TERMINIX CO OF NC
ATTN: MANAGER OR AGENT
P.O. BOX 2587
FAYETTEVILLE, NC 28302

THE PALM TREE GROUP
ATTN: MANAGER OR AGENT
12701 DIRECTOR'S DR.
STAFFORD, TX 77477

THE PILLOW FACTORY
ATTN: MANAGER OR AGENT
900 BUSCH PKWY
BUFFALO GROVE, IL 60089

TRADEX
ATTN: MANAGER OR AGENT
P.O. BOX 75746
CLEVELAND, OH 44101-4755

TSI
ATTN: MANAGER OR AGENT
500 CARDIGAN ROAD
SAINT PAUL, MN 55126

UPS
ATTN: MANAGER OR AGENT
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

US DIAGNOSTICS
ATTN: MANAGER OR AGENT
P.O. BOX 5531
CAROL STREAM, IL 60197-5531

VE RALPH AND SON, INC.
ATTN: MANAGER OR AGENT
320 SCHUYLER AVE.
KEARNY, NJ 07032

WALLACH SURGICAL DEVICES, INC.
ATTN: MANAGER OR AGENT
95 CORPORATE DRIVE
TRUMBULL, CT 06611

WILMINGTON HEALTH, PLLC
ATTN: MANAGER OR AGENT
1202 MEDICAL CENTER DRIVE
WILMINGTON, NC 28401

# United States Bankruptcy Court
## Eastern District of North Carolina - Wilmington Division

In re   Sound Medical Supply Partners, LLC

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Sound Medical Supply Partners, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 13, 2017

Date

/s/ Trawick H. Stubbs, Jr.

Trawick H. Stubbs, Jr.
Signature of Attorney or Litigant
Counsel for   Sound Medical Supply Partners, LLC
Stubbs & Perdue, P.A.
PO Box 1654
New Bern, NC 28563
252-633-2700